Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2022 APR -5 AM 11: 13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JB

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | 2:22-mj-01265 |
| DAVID JOSEPH BUNEVACZ<br>USMS# _____  DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on April 5, 2022 at 9:15 ☒ AM ☐ PM

   or

   The defendant was arrested in the CENTRAL District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   Title 18, United States Code, Section 1343

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1968

8. Defendant has retained counsel:   ☐ No

   ☒ Yes   Name: Joshua Ritter   Phone Number: 213-688-0460

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Geoffrey Elliott   (please print)

12. Office Phone Number: 562-522-1275

13. Agency: LASD- FBI TFO

14. Signature: [signature]

15. Date: 04-05-2022

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION