CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAMES S. THREATT (Bar No. 325317)
(E-Mail: Jimmy_Threatt@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
DAVID BUNEVACZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BUNEVACZ,<br><br>Defendant. | Case No. 22-CR-175-DSF<br><br>**DEFENDANT DAVID BUNEVACZ'S NOTICE OF LODGING OF SUPPORT LETTER**<br><br>Sentencing Hearing: November 21, 2022<br><br>Sentencing Time: 8:30 a.m. |

Defendant David Bunevacz, by and through counsel of record, Deputy Federal Public Defender James S. Threatt, hereby lodges with the Court an additional support letter to supplement those attached as Exhibit C to his sentencing position (Dkt. 38).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 7, 2022        By  /s/ James S. Threatt

JAMES S. THREATT
Deputy Federal Public Defender
Attorney for David Bunevacz

1

Desiree Bunevacz
450 W 42nd St. Apt. 7C
New York, NY 10036
Desireebunevacz@gmail.com

October 20, 2022

Honorable Dale S. Fischer
United States District Judge
350 W. 1st Street, Courtroom 7D
Los Angeles, CA. 90012

Re: Sentencing of David Bunevacz

Dear Judge Fischer,

David  Bunevacz is my older brother and only sibling.

I moved to New York around 13 years ago from Los Angeles and work as a corporate/private flight attendant. I have been fully employed with my current employer for the past 9 years and I have worked in this industry for about 20 years. I enjoy volunteering, specifically with New York Cares, working with grade school kids in an early morning reading program. I was married, but unfortunately he passed away. We didn't have children, so I have a special relationship with my brother's children.

David and I grew up in a loving, supportive, hard working family that included our grandparents from my mother's side. My mother was born and raised in the Philippines and my father from Hungary. We started working at a very young age at the family restaurant where we worked throughout high school and we were both student athletes. My brother always had a strong work ethic and excelled at everything he put effort into. He was always a leader, positive role model, reliable, generous, loving and supportive to everyone.

After college David was recruited to represent the Philippines on their National team in the decathlon. He eventually met his wife Jessica who had 2 children-Hayca and Grant and he quickly chose to adopt them. He is a stand up man that has raised these children as his own. They eventually had my youngest niece Breanna and their/our family was complete. Our family is extremely close and happiest when we are all together. David is the nucleus.

In the past 3 or 4 years I saw a real change in my brother due in large part to his Christian faith.The family would have weekly bible study classes and really try to reflect on God's word and how they lived their lives. David would take the lead and during his reflection I could see that he was starting to realize what was truly important and he was living differently. I know that he owns all the wrong he has done and is truly remorseful. He is ready to serve his time and live the rest of his life making amends and doing the right thing. It's never too late to get on the right path.

Please consider his extremely serious heart condition which is getting worse without the proper attention that he needs. We are all so worried about his health.
I have always looked up to my brother, he has always been there for me during good times and bad, especially through the death of my husband. I will be there for him, to support him with whatever sentence he will serve.  I love him with all my heart and will never give up on him.

Respectfully,

Desiree Bunevacz