E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1259
    Facsimile: (213) 894-0141
    E-mail:   alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-175-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND SUBMISSION OF ADDITIONAL VICTIM IMPACT STATEMENTS; EXHIBIT A FILED UNDER SEAL |
| v. | |
| DAVID JOSEPH BUNEVACZ, | Hearing Date: November 21, 2022 |
| Defendant. | Hearing Time: 8:30 a.m.<br>Location:   Courtroom of the<br>    Hon. Dale S. Fischer |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander B. Schwab, hereby submits the attached Victim Impact Statements in accordance with the Crime Victims' Rights Act ("CVRA"). 18 U.S.C. § 3771(a)(4) (providing crime victims the "right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding"); see also Kenna v. District Court, 435 F.3d 1011 at 1013-1017 (9th Cir. 2006) (holding that victims have an "indefeasible right to speak" or submit written

1

statements at sentencing under the CVRA).  The attached Victim Impact Statements were received by the government after it filed its most recent submission of victim impact statements on November 15, 2022.

The government submits these victim impact statements in connection with the sentencing hearing for defendant DAVID JOSEPH BUNEVACZ, set for November 21, 2022, at 8:30 a.m.

Dated: November 16, 2022          Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                         /s/
                                    ALEXANDER B. SCHWAB
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**EXHIBIT A**
**FILED UNDER SEAL**