```
E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-175-DSF |
|---|---|
| Plaintiff, | GOVERNMENT'S THIRD SUBMISSION OF ADDITIONAL VICTIM IMPACT STATEMENT; EXHIBIT A FILED UNDER SEAL |
| v. | |
| DAVID JOSEPH BUNEVACZ, | Hearing Date: November 21, 2022 |
| Defendant. | Hearing Time: 8:30 a.m.<br>Location:     Courtroom of the<br>              Hon. Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander B. Schwab, hereby submits the attached Victim Impact Statement in accordance with the Crime Victims' Rights Act ("CVRA"). 18 U.S.C. § 3771(a)(4) (providing crime victims the "right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding"); see also Kenna v. District Court, 435 F.3d 1011 at 1013-1017 (9th Cir. 2006) (holding that victims have an "indefeasible right to speak" or submit written

statements at sentencing under the CVRA).  The attached Victim Impact Statement was received by the government after it filed its most recent submission of victim impact statements on November 16, 2022.

The government submits these victim impact statements in connection with the sentencing hearing for defendant DAVID JOSEPH BUNEVACZ, set for November 21, 2022, at 8:30 a.m.

Dated: November 18, 2022               Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                             /s/
                                       ALEXANDER B. SCHWAB
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**
**FILED UNDER SEAL**