# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | |
|---|---|
| Case No. | CR 22-00175 DSF |
| Date | November 21, 2022 |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Renee Fisher | Pat Cuneo | Alexander B. Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David Joseph Bunevacz | √ | √ | | James S. Threatt, DFPD<br>David Wasserman, DFPD | √ | √ | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

√   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.

√   Other:  The Court recommends to the Bureau of Prisons that defendant be designated to a BOP facility that offers the 500-hour Residential Drug Abuse Program (RDAP).

The Court recommends that the defendant be designated to a Bureau of Prisons facility that will provide medical treatment for defendant's heart condition and a facility somewhere in Southern California.