```
1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4        THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6   UNITED STATES OF AMERICA,        )
                                     )
7                   Plaintiff,       )
                                     )
8           vs.                      ) NO. CR 22-175-DSF
                                     )
9   DAVID JOSEPH BUNEVACZ,           )
                                     )
10                  Defendant.       )
    _____)

11

12

13

14            REPORTER'S TRANSCRIPT ON APPEAL

15

16              Los Angeles, California

17        Monday, November 21, 2022, 9:12 A.M.

18

19                 Sentencing Hearing

20

21                          PAT CUNEO CSR 1600, CRR-CM
                            Official Reporter
22                          First Street Courthouse
                            350 West First Street
23                          Room 4311
                            Los Angeles, CA  90012
24                          213-894-1782
                            patcuneo1600@gmail.com
25                          www.patcuneo.com
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:    E. MARTIN ESTRADA
                            UNITED STATES ATTORNEY
 3                          BY:  ALEXANDER B. SCHWAB
                            ASSISTANT UNITED STATES ATTORNEY
 4                          United States Courthouse
                            312 North Spring Street
 5                          Los Angeles, California  90012

 6    FOR THE DEFENDANT:    CUAUHTOMAC ORTEGA
                            FEDERAL PUBLIC DEFENDER
 7                          BY:  JAMES S. THREATT, DEPUTY
                            AND  DAVID WASSERMAN, DEPUTY
 8                          321 East Second Street
                            Los Angeles, California 90012
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    LOS ANGELES, CA.; MONDAY, NOVEMBER 21, 2022; 9:12 A.M.
 2                           -oOo-
 3           THE CLERK:  Please remain seated and come to
 4    order.  This United States District Court is again in
 5    session.
 6           Case No. CR 22-175-DSF, United States of America
 7    v. David Joseph Bunevacz.
 8           Please state your appearances.
 9           MR. SCHWAB:  Good morning, Your Honor.
10    Alexander Schwab on behalf of the United States.
11           MR. THREATT:  Good morning, Your Honor.
12    James Threatt on behalf of David Bunevacz who is present in
13    custody.  I'm also joined at counsel table by
14    David Wasserman.
15           THE COURT:  Good morning.
16           MR. WASSERMAN:  Good morning.
17           THE COURT:  Good morning.
18           All right.  Counsel, you can stay there or move to
19    the lectern, whichever you prefer.
20           This is the time set for sentencing.  I've read
21    and considered the presentence report and the addendum and
22    the objections and position papers of the parties.
23           I have also read and considered the numerous
24    victim impact letters, the letters in support of the
25    defendant, and defendant's own letter.
```

```
 1              Mr. Threatt, have you had enough time to review

 2    those documents with your client?

 3              MR. THREATT:  I have, Your Honor.

 4              THE COURT:  Did you explain their contents to him?

 5              MR. THREATT:  I did.

 6              THE COURT:  Do you have any concerns about his

 7    ability to understand then?

 8              MR. THREATT:  I do not.

 9              THE COURT:  Mr. -- how do you pronounce your name,

10    sir?

11              THE DEFENDANT:  Bunevacz.

12              THE COURT:  Mr. Bunevacz, did you get those

13    documents?

14              THE DEFENDANT:  Yes, Your Honor.

15              THE COURT:  Did you read them?

16              THE DEFENDANT:  Yes, Your Honor.

17              THE COURT:  Do you need any more time to read

18    them?

19              THE DEFENDANT:  No, Your Honor.

20              THE COURT:  Did your attorneys explain them to

21    you?

22              THE DEFENDANT:  Yes, they did, Your Honor.

23              THE COURT:  Did you understand them?

24              THE DEFENDANT:  Yes, Your Honor.

25              THE COURT:  Is there anything you want to contest
```

1   or change, Mr. Threatt, in the presentence report other than

2   what was submitted?

3           MR. THREATT:  No, Your Honor.

4           THE COURT:  Is there anything you'd like to

5   present in mitigation?

6           MR. THREATT:  Yes, Your Honor, and I would like to

7   speak to the objection that we made to the presentence

8   report.

9           THE COURT:  All right.

10          MR. THREATT:  Your Honor, I think the main legal

11  dispute here with respect to the guidelines calculation is

12  whether an additional two points should be added for

13  substantial financial hardship to five or more victims; and,

14  Your Honor, I'll go to the lectern if that's okay.

15          THE COURT:  Certainly.

16              *(Pause in the proceedings.)*

17          MR. THREATT:  Your Honor, we acknowledge the harm

18  both financial and emotional that the victims have endured.

19  However, whether they have suffered substantial financial

20  hardship is a narrow legal question.

21          The guidelines already account for the aggregate

22  loss in this case and the number of victims.  To add these

23  additional two points more is required than for individual

24  victims have lost large sums of money.

25          The guideline, the commentary, the case law, all

1   make clear that the Court must consider the amount lost in

2   light of each particular victim's individual circumstances.

3        The main Ninth Circuit case on this point is a

4   useful example.  In that case, *United States v. George*, the

5   defendant had targeted already distressed homeowners by

6   falsely claiming to operate a loan modification program.

7        As a result, the vast majority of the victims lost

8   their homes and the Ninth Circuit upheld the application of

9   the enhancements on those facts.

10       Here, however, we're dealing with a very different

11  kind of scheme where the investors who were solicited were

12  not people already on the verge of financial collapse or

13  ruin.

14       With that in mind, the statements provided by the

15  government generally lack sufficient specific facts to

16  justify application of this enhancement.

17       At most, two victims may qualify as having

18  suffered substantial financial hardship because they allege

19  they provided their entire life savings to Mr. Bunevacz.

20       Putting those aside -- and I'm happy to address

21  specific letters if the Court has questions -- many of the

22  remaining statements understandably discuss the amount lost

23  and resulting emotional and reputational harm.

24       But they only offer vague statements about the

25  personal financial consequences like it was, quote, terrible

1    to lose their investments.

2         Some of the few concrete examples that are

3    provided, while unfortunate, are not the kind of significant

4    hardship that this enhancement requires.  That, in many

5    respects, is the main takeaway of George; that the financial

6    hardship itself must be very significant to that particular

7    victim based on their individual circumstances.

8         And many of the remaining victims who provided the

9    largest sums of money were corporations, and I haven't seen

10   any allegation that the corporations became insolvent or had

11   to file for bankruptcy.

12        There is one individual who claims that their

13   company entered bankruptcy.  However, they can't be

14   considered for purposes of this enhancement.  I'm talking

15   about victim G.H. because they are not a victim of the

16   scheme alleged in the Indictment in this case.

17        Again, the amount lost, the number of victims are

18   already accounted for under the guidelines.  The magnitude

19   of this fraud are already taken into account and

20   Mr. Bunevacz is accordingly being severely punished already

21   for the amount of loss and the number of victims.

22        More is required to add these additional two

23   points to his offense level which given where he falls on

24   the sentencing table would add over two years to the

25   sentence recommended by the guidelines.

1        Unless the Court has any questions, I'm prepared

2   to move on from the legal objection.

3        THE COURT:  You can move on.  Thank you.

4        MR. THREATT:  Thank you, Your Honor.

5        Turning to the 3553 factors, as we note in our

6   papers, the one-level variance is appropriate in this case,

7   specifically a sentence of 87 months for all the reasons we

8   note in our papers particularly because, as the government

9   acknowledges in its sentencing position, the guidelines here

10  already account for all the various aggravating factors in

11  this case.

12       Mr. Bunevacz swiftly entered a guilty plea upon

13  being charged and appointed counsel and took responsibility

14  for the full scope of the fraud as reflected in perhaps the

15  most detailed factual basis I've ever seen in a plea

16  agreement.

17       He's also not contesting the restitution amount

18  which the government similarly acknowledges in its papers is

19  a reason to impose a low-end guideline sentence at the very

20  least.

21       Furthermore, Mr. Bunevacz has been diagnosed with

22  advanced heart failure.  He hasn't seen a cardiologist in

23  the last eight months he's been in custody.  We attached

24  some medical records to Exhibit D of our sentencing

25  position.

```
1          As I said, he hasn't seen a cardiologist for quite
2   some time even though before his arrest he was seeing one
3   every few weeks for checkups because his heart is
4   increasingly getting worse with time.
5          As a result of that, any time in custody is
6   especially punitive for Mr. Bunevacz and, frankly, it could
7   potentially be deadly if he doesn't receive the kind of
8   medical care that he needs.
9          And finally, Your Honor, I know we discussed this
10  in our papers but it bears repeating.  The guidelines here
11  are so high that a sentence at or slightly below the low-end
12  of the guidelines is a very substantial sentence especially
13  for somebody who is a nonviolent offender and who's never
14  been incarcerated before.
15         So any sentence that the Court is considering in
16  light of the guidelines will be by far the harshest sentence
17  that Mr. Bunevacz has ever received and that further weighs
18  of a sentence at or below the low-end of the guidelines,
19  specifically 87 months.
20         And with that, we're prepared to submit unless the
21  Court has any questions.
22         THE COURT:  Thank you.  I don't.
23         If anybody has something so important they need to
24  be looking at their phone for, you should be out in the
25  hallway looking at your phone.  Otherwise, please put the
```

1     phones away.

2             Thank you.

3             Mr. Bunevacz, is there anything you would like to

4     say?

5             THE DEFENDANT:  No, Your Honor.

6             THE COURT:  From the government?

7             MR. SCHWAB:  If I might address the guidelines,

8     Your Honor.

9             THE COURT:  Certainly.

10            MR. SCHWAB:  May I take the lectern?

11            THE COURT:  Certainly.

12                    *(Pause in the proceedings.)*

13            MR. SCHWAB:  Your Honor, with respect to

14    substantial financial hardship to five or more victims,

15    *George*, which Mr. Threatt just cited, also stands for the

16    proposition that the Court can draw reasonable inferences

17    given the total number of victims and the statements for the

18    sample that it has before it.

19             In this case, though, there are at least five

20    victims who've been explicitly identified even if victim

21    G.H. is not included.  So I'll note that in addition to all

22    of the victims that are cited in the PSR, there was included

23    with the sentencing position of the government the

24    additional victim impact statement of victim C.W. who

25    mentioned that his father has to delay his retirement

1    because of his life savings.

2              That's explicitly one of the factors that's looked

3    at in determining substantial financial hardship.

4              And then among the additional victim impact

5    statements submitted by the government this past week after

6    its sentencing position, there were -- and these were

7    submitted together -- the victim impact statement of victim

8    S.M. who specifically stated that he lost all of my life

9    savings and the victim impact statement of victim Z.A. who

10   stated, quote, the $402,000 was my life savings.

11             So, again, by Mr. Threatt's criteria, these would

12   satisfy the fact that there are at least five individuals

13   who suffered substantial financial hardship as a result of

14   the offense.

15             The government is not claiming that each and every

16   one of the victim impact statements outlines that but merely

17   that we've met that threshold.

18             I do want to address, Your Honor, to the extent

19   you have any specific questions regarding the obstruction

20   enhancement the government is moving for as well as its

21   motion for an upward departure as to the defendant's

22   criminal history.

23             I agree with my friend Mr. Threatt that we are not

24   asking for an upward adjustment to the defendant's criminal

25   history in virtue of the fact that he has this prior

1   conviction that does not technically count toward his

2   guidelines.

3          What the government is instead arguing is that the

4   ordinary plus two points that an offender would receive for

5   committing an offense or committing the instant offense

6   while on supervision, whether that be probation or pretrial

7   detention or -- excuse me -- whether it be probation,

8   supervised release, or while serving a prison sentence; that

9   that is what occurred here and that isn't otherwise

10  precluded from being considered from an upward departure

11  under the guidelines, and it's exactly the type of factor

12  that warrants such an upward departure based on the stated

13  purposes of the criminal history score under the guidelines

14  which is that we need to consider the risk of recidivism

15  here.

16         And in this instance this defendant has

17  demonstrated that even while serving a criminal justice

18  sentence, he continued to violate.  He continued to commit

19  the very same crime that the underlying state securities

20  violation was relevant conduct for.

21         Similarly, with respect to the obstruction of

22  justice enhancement, again, the government doesn't contest

23  of the PSR's conclusion that this is ultimately relevant

24  conduct, the underlying offense.

25         The language in the guideline is if the defendant

1   willfully obstructed or impeded or attempted to obstruct or

2   impede the administration of justice with respect to the

3   investigation, prosecution, or sentencing of the instant

4   offense of conviction, that the offense level should be

5   raised by two levels.

6          Now, Mr. Threatt points out that this isn't the

7   instant offense.  Rather, it's relevant conduct to the

8   instant offense.  I would disagree with that, Your Honor.

9          I believe it's actually -- given that this is a

10  scheme that's being alleged, rather than simply like an

11  individual act such as a bank robbery or an offense along

12  those lines, and the scheme includes this period of time, in

13  fact, explicitly references this state conviction in the

14  Indictment and in the factual basis.

15         That fact demonstrates that it is relevant conduct

16  but it's also explicitly part of the instant offense as well

17  and so it would be appropriate for the Court to consider

18  this as an obstruction enhancement.

19         As the Court knows, the government is recommending

20  the low end and that is the low end of what the Court

21  concludes the appropriate guideline range is here and the

22  government stands by that.

23         And to the extent that the Court calculates the

24  guidelines differently from how the government has submitted

25  they ought to be calculated, the government's recommendation

1    is the low end of what the Court has actually concluded in

2    this case.

3            I will note however, this is not a case that is a

4    good candidate for a downward variance.  I suspect that you

5    will hear from victims today and you've already seen

6    numerous letters outlining the destruction that this

7    defendant has wrought on people's lives.

8            And while I do acknowledge the mitigation and

9    virtually the fact that the defendant did, to his credit,

10   swiftly accept responsibility and he's not contesting the

11   restitution amount, the sad fact of the matter is it's

12   highly unlikely that this defendant is actually ever going

13   to be able to pay back that restitution.

14           And while Mr. Threatt compares the guidelines in

15   this case to sort of punitive nature one would expect to see

16   from a violent offense, that's very much what you see in

17   terms of the actual suffering people had here.

18           Much like someone who's robbed at gunpoint.  These

19   are individuals who have trauma from this event, who have

20   described the psychological pain and also the wake of just

21   the economic destruction that's hit them.

22           Obviously, not everyone has suffered to the same

23   degree but many have suffered a great deal here, and this is

24   not a case that warrants a sentence below the guidelines.

25           Unless the Court has any questions, I have nothing

1   further.

2              THE COURT:  I don't.  Is there any victim here who

3   wishes to make a statement?

4              MR. THREATT:  Your Honor, could I respond briefly

5   before we let the victims speak?

6              THE COURT:  You may.

7              MR. THREATT:  Thank you.

8              Your Honor, just briefly to touch on the

9   government's objections to the PSR, we agree with the

10  addendum to the PSR that was issued by the United States

11  Probation Department that rejects both of these arguments.

12             With respect to obstruction, the relevant

13  guideline provision is clear that the alleged obstructive

14  conduct must have had an impact on the investigation,

15  prosecution, or sentencing of the instant offense of

16  conviction.

17             And despite the allegations about the misconduct

18  with respect to the state case, there has been no -- no

19  inkling that I have seen that any of Mr. Bunevacz's conduct

20  has obstructed the federal investigation prosecution or the

21  sentencing on this case which -- the hearing we're having

22  right now so I think the probation department was right to

23  reject that argument.

24             With respect to the upwards departure for criminal

25  history category, probation again acknowledged that there is

1    no comparable situation in the commentary to the relevant

2    guidelines provision that would apply here and, furthermore,

3    the alleged misconduct is already accounted for by the

4    guidelines range because the loss from the state case and

5    subsequent to the state case is already factored in the

6    offense level calculation.

7              Furthermore, with respect to restitution, we note

8    in our papers that there is a large restitution order in

9    this case.  Mr. Bunevacz is not contesting it.  That is an

10   additional form of punishment that realistically be hanging

11   over his head for quite some time.

12             His alleged inability to make full restitution

13   payments is not something that should be considered at

14   sentencing.  It's certainly not something that should be

15   considered to justify a longer term of incarceration.

16             Just briefly on the substantial financial hardship

17   point, Your Honor, the government noted some language from

18   *United States v. George* about the ability of courts to make

19   a reasonable estimate of the substantial financial hardship

20   to five or more victims.

21             In that case I think that made sense and this is a

22   very important point because the entire class of victims

23   were specifically targeted because they were already in

24   financial distress.

25             So it was more -- it was more an issue in that

1   case where the Court could reasonably look at the number of

2   victims, know that they were specifically targeted because

3   they were on the verge of foreclosure and not delve into

4   quite as detailed an analysis with respect to each

5   individual victim's financial situation.

6           In this case given -- given the different -- the

7   nature of the scheme here, we do require additional

8   specifics as to the financial impact on each victim in order

9   to justify this further two points which has a profound

10  impact on Mr. Bunevacz's guidelines range.

11          Mr. Schwab noted two of the victims who allegedly

12  lost an entire life savings.  Those are the two I mentioned

13  before that I think would qualify under the standard.

14          But with respect to the others, including the ones

15  in the PSR, there are just conclusory statements about

16  potential delaying of retirement without any specifics

17  given.

18          Even if delaying requirement is an example

19  provided in the guidelines, there's still a question of

20  degree.  There's obviously a difference from postponing

21  retirement for one year or postponing for 30 years.

22          And we simply don't have enough information that's

23  certainly specific to conclude that at least five victims

24  have suffered substantial financial hardship as that is used

25  in the guidelines.

```
 1              Again, we don't dispute that the victims here have
 2    endured financial and emotional harm.  But this is a very
 3    specific legal question, and I think United States v. George
 4    is quite clear.
 5              And as interpretive gloss to the guidelines in the
 6    commentary, that the financial hardship itself must be quite
 7    significant and I just don't think there is a basis here to
 8    apply that enhancement.
 9              Unless the Court has any questions, I'm prepared
10    to submit on that basis.
11              THE COURT:  I don't.  Thank you.
12              Mr. Schwab, from the victims?
13              MR. SCHWAB:  Your Honor, I do recognize there are
14    a number of victims here and I am not sure if anyone does
15    want to address the Court but if so I see at least one.
16              THE COURT:  All right, sir.  One of you step up
17    and just give us your initials and I will keep asking if
18    there's anyone else until there's no one else who stands so
19    don't worry.  We'll get to everyone.
20              THE WITNESS:  Good morning, Your Honor.
21              THE COURT:  Good morning.
22              VICTIM S.S.:  My initials are S.S. and thank you
23    for allowing me to address the Court this morning.
24              I represent two victims and I'm going to read my
25    statement if that's okay.
```

```
 1              THE COURT:  You say you represent two victims.
 2  Are you a victim?
 3              VICTIM S.S.:  I am personally a victim.
 4              THE COURT:  Okay.
 5              VICTIM S.S.:  And my company.
 6              THE COURT:  All right; fine.  When we say
 7  "represent" here, we're generally referring to lawyers so I
 8  just wanted to make sure.
 9              VICTIM S.S.:  I understand.  Thank you.
10              THE COURT:  Go ahead.
11              VICTIM S.S.:  David Bunevacz's fraud was
12  deliberate, large scale, and he profoundly and adversely
13  affected the lives of many victims including myself, my
14  wife, and one of my companies and its hundreds of
15  shareholders.
16              I'd like to address the Court today on my personal
17  experience and loss suffered at the hands of David and his
18  daughter Hayca.  I am the president and CEO and a director
19  of a public company listed in Canada.
20              My company and I were introduced to David and
21  Hayca Bunevacz in August-September of 2018.  After learning
22  about the opportunity to invest in CB Holding Group Corp.,
23  my company and I conducted due diligence which included
24  questions posed to David Bunevacz and his attorney
25  representing their company.
```

1          We reviewed purportedly audited financial

2     statements which later proved to be fraudulent, a legal

3     opinion from the company's lawyer concerning assets offered

4     as security for loans.

5          The assets offered as security turned out to be

6     worthless, a fact which should have been obvious given the

7     knowledge of the lawyer providing the opinion, and purchase

8     order details with a vape pen distributor who subsequently

9     were also proven to be fraudulent.

10          We reviewed the Olympic ticket legal matter and in

11    raising the issue, were provided by David a fraudulent legal

12    decision that said David Bunevacz had settled this legal

13    matter without liability when, in fact, I ultimately learned

14    that he had actually lost the legal proceeding and was

15    sentenced to one year in jail and probation.

16          I joined another investor to visit other cannabis

17    businesses, dispensaries, made a site visit to Los Angeles

18    where we were told by David Bunevacz that he had a

19    significant interest in these businesses.

20          David used this evidence as part of his fraud to

21    provide credibility for his story.  We later came to find

22    out that he, in fact, no longer had an interest in the

23    business as he had defaulted on his obligations which

24    brought an end to any position he may have held in those

25    businesses.

```
 1              After completing the above due diligence and in
 2      reliance on information provided by David Bunevacz, I
 3      recommended to my Board of Directors that the public company
 4      advance US $3.5 million to CB Holding by way of a
 5      convertible debt instrument.
 6              The Board reviewed the due diligence legal opinion
 7      and other information including my recommendation to make
 8      the loan and determined to proceed.  The loan was made in
 9      two tranches, one for 2 million in November 2018 and the
10      second for 1.5 million in December 2018.
11              The funds loaned from the public company were to
12      fulfill purchase orders for vape pens that were to be
13      delivered by year end 2018.
14              In addition to the above due diligence, my company
15      and I were provided by David Bunevacz with purchase orders
16      for vape pens, CBD oil, THC oil, all of which eventually
17      proved to be fraudulent.
18              David Bunevacz told me and other investors that
19      the $3.5 million loan would complete two vape pen orders
20      that were already presold to distributors thereby
21      guaranteeing a profit on delivery.  We relied on this fraud
22      in making this large loan.
23              In January 2019, David Bunevacz began making
24      excuses for delays in receiving vape pens from China and
25      fulfilling the orders for the sale a hundred percent of the
```

1    vape pens under the fictitious purchase orders.

2            Some of the excuses given for the non-sale of vape

3    pens included delays in shipping, manufacturing delays,

4    delays in battery shipments.

5            And in March 2019 I was told by David Bunevacz

6    that all shipments of vape pen components had been received,

7    CBD and THC cannabis oil was purchased, and that what was

8    needed to complete the delivery and sale to distributors was

9    an additional $1 million to fill the empty vape pens.  A

10   profit was certain and the distributors buying the completed

11   vape pens stood ready to pay on delivery as agreed.

12           When David told me that we were within 30 days of

13   closing out the CBD and THC vape pen sales, I discussed with

14   my board the need for an additional $1 million convertible

15   loan.  The company felt that the $3.5 million loan was going

16   to be the company's limit on this investment.

17           I told the board that I would make this loan

18   personally, short-term, 30 days, in order to protect my

19   company's $3.5 million investment.

20           I then had a discussion with my wife and we went

21   to our bank and borrowed $1 million which is $1.35 million

22   Canadian dollars on our home line of credit.

23           Since our home is in my wife's name, she needed to

24   agree and to increase our line of credit, she needed to sign

25   off.  Our line of credit remains open and my wife and I

1   still owed the Canadian Imperial Bank of Commerce 1,350,000

2   plus interest for three and a half years from the personal

3   loan made to David Bunevacz, his company, to complete the

4   funding for these fictitious vape pen purchase orders.

5           My company that loaned $3.5 million missed out on

6   other business opportunities because it loaned most of its

7   available treasury to David Bunevacz and his companies under

8   fraudulent circumstances.

9           The company now sits as a shell company with debts

10  of 1,700,000 Canadian of which 855,000 is owed to me.   I

11  have been lending the company money to maintain its public

12  listing and to pay operating costs such as salaries, rent,

13  fees to auditors and lawyers and other related public

14  company expenses.

15          I would like to tell the Court that my life over

16  the past four years has been adversely affected by David

17  Bunevacz's fraud.

18          There has been considerable stress on my marriage

19  caused by me recommending to my wife that we make this

20  personal loan to David Bunevacz.

21          As for my relationship with my board and the

22  shareholders in my public company that gave David Bunevacz

23  $3,500,000 on my recommendation, I have had to live with

24  significant reputational harm which has also negatively and

25  severely limited my ability to raise needed capital for the

1   public company.

2           That's my statement, Your Honor.

3           THE COURT:  Thank you.

4           VICTIM S.S.:  Okay.

5           THE COURT:  Who else would like to speak?

6           VICTIM G.H.:  Thank you, Your Honor, for giving me

7   this chance for my day in court.

8           THE COURT:  Your initials, sir.

9           VICTIM G.H.:  Gene Hammet.

10           THE COURT:  Thank you.

11           VICTIM G.H.:  I thought my day in court would be

12   different.  I met Bunevacz in 2008 in China.  We became

13   friends.  We did business.  Everything he said, I trusted

14   him.  He called me his brother.  He prayed with me.  And so

15   I got into the biggest deal of my life with him and that was

16   in 2010 when everything fell apart.

17           I thought I would get my day in court on that

18   ordeal.  But when we talked to the district attorneys, we

19   talked to different people, they explained to me that

20   because of the statute of limitations would be three years,

21   that it was not enough to put a case against someone in a

22   complex scam or scheme that Mr. Bunevacz portrayed on me and

23   so I never got my day in court that day.

24           I filed civilly.  We fought it out for years.  I

25   ended up doing bankruptcy.  The harm that he did to me was

 1    much more than money.

 2            I was a successful businessman.  I had run my

 3    business for nine years.  I had done the right thing over

 4    and over and over until I ran into Mr. Bunevacz when I

 5    trusted him.

 6            And it hurts me to say this, but I just lost trust

 7    in myself.  I struggled with my confidence.  I struggled

 8    with everything to be able to put my life back together when

 9    he took $3 million from me and my business.

10            I did stick it out with my wife.  We're still

11    together after so many years of hardship.  It was more than

12    a decade.

13            One thing I wanted to bring up today that not just

14    with me as a victim but this is so much more than money.  I

15    know you see that.

16            What's not been clear today.  Maybe it's in the

17    documents.  But what did he do with this money?  How did he,

18    you know, handle himself when he had millions of dollars?

19            Well, I had to watch it on social media.  Him

20    flying private.  Him taking big trips, big parties with his

21    family.  The two most outrageous things I saw in this was

22    for some reason he spent $80,000 on a mattress.

23            For someone who grew up sort of middle class and

24    trying to make things work, that didn't even make sense to

25    me.  How could he spend $80,000 on a mattress?  It was my

1   money.

2          The other thing was gambling.  No one has really

3   mentioned the gambling and what he's done with his money but

4   I've looked at the details and tried to understand this but

5   I just don't.

6          But you sit down to play a hand of blackjack and

7   it's ten seconds.  And all the notes from the casinos came

8   back said he was playing $5,000 a hand.

9          Those things stood out to me.  It's about the

10  money but what happened with all this money?  What happened

11  with this?  And we go way back then because I know I'm not a

12  traditional victim in today's, you know, scheme of

13  35 million but there's a pattern that he set forth over 12

14  years ago.  That pattern continued as he pillaged people who

15  would fall preys to his charm.  They would trust him.

16         And I want you to understand that it's so much

17  more than money, the impact he makes on families.  The

18  impact he made on my family.  The biggest part is we

19  struggled, me and my wife, to put things together and I had

20  a young son who was almost three at the time this happened.

21         And so there were literally months or years where

22  we don't even know how we took care of things, how we took

23  care of him and give him the attention he needed.  We tried

24  our best but it's so much more than money.

25         The second thing I want to bring up, Your Honor,

1   is -- is it really likely for someone like this to make

2   reform?  Is some time in jail going to give him time to

3   think?  My guess is knowing and so many conversations I had

4   with someone like him, what he will think about is not what

5   he could do to pay back people.  It's why he got caught.

6   Why did he get caught?  That's what he will think about.

7          How could he have done it differently?  How could

8   he have really changed things so he didn't get caught.

9   That's what he'll be thinking about in the sentencing.

10         Will he really be reformed?  I don't know.  You

11  know more about the system than I do but I don't think it

12  reforms people.

13         And the final thing today, I thought about this, I

14  was trying to piece it together and I put it behind me for

15  the most part.  But this has brought up a lot of feelings

16  and a lot of pain.

17         And I saw you took the bench 19 years ago.  George

18  W. Bush appointed you to be here.  I don't know why he did

19  it but I think it comes down to one thing.  Will you take

20  care of the people?

21         This is not about punishing him.  I don't care.

22  But I've thought for years how could I stop him from doing

23  this to others?

24         I don't know.  This is my chance, though.  I hope

25  you see that it's more than money.  I hope you see that

1   reform is unlikely.  I hope you will do what your job and

2   your appointment has set you to do and that's to take care

3   of the people.  Protect us.

4            Thank you.

5            THE COURT:  Thank you.

6            Anyone else?

7            MR. SCHWAB:  Your Honor, I just want to note with

8   respect to the prior victim, that he is named as the victim

9   in the aggravated identity theft count and is referenced in

10  the factual basis.

11           THE COURT:  I recall that.  Thank you.

12           VICTIM T.D.:  Hello, Your Honor.  My initials or

13  name, it doesn't matter.  I really don't care.

14           THE COURT:  Whatever you're comfortable with.

15           VICTIM T.D.:  My name is Tom Danford.  My wife

16  Meredith and my son is Oliver who's 12 and my daughter is

17  Charlotte who's 10.  We lived in Stevenson Ranch,

18  California, in the Santa Clarita Valley from 2012 to 2019.

19           Meredith and I met David Bunevacz and his wife

20  Jessica at the Paseo Club in Valencia in the fall of 2014.

21  Over the next five years, we became very close family

22  friends.  David and I hung out three to four days per week

23  practically every week.  Whether we working out, taking a

24  spin class, pilates classes, or just grabbing lunch.

25           We became fast friends while our wives spent

numerous hours of time together as well as doing many of the same things.  We grew to love the Bunevacz family.  My kids loved Mr. Dave and Ms. Jessica.  My daughter Charlotte thought their youngest daughter Brianna was a princess.

David and Jessica knew my family intimately.  Our families took many trips together to places such as the Bahamas, Chicago, New York.  Celebrated holidays and birthdays, anniversaries, and numerous other special occasions together whether it be in Mammoth, Palm Springs, or Santa Barbara.

We trusted them.  We supported them.  From attending their daughter's horse shows to flying to New York to visit Jessica and Brianna while they were filming a TV show.  We believed in them and thought they believed in us.

About a year or so into our friendship, Dave asked if I was interested in providing a short-term investment, a bridge loan if you will, for some e-cigarette deals.

At the time I felt I got to know him pretty well, saw appearance of successful entrepreneur in an emerging industry.  So after some due diligence, I agreed to move forward.

Unbeknownst to me at the time, I had dipped my foot into the Bunevacz family Ponzi scheme pool, as that small investment turned into two additional slightly larger bridge loans, all the while he was setting me up for a

1    larger ask.

2              David and Jessica knew intimate details of my wife

3    and my past, our past.  How Meredith and I met beginning our

4    journey in recovery and sobriety almost 20 years ago.

5              David and Jessica knew how I lost everything

6    almost 20 years ago.  My consequences.  How I was homeless

7    except for about 50 bucks and bus pass.  But more

8    importantly, they knew how Meredith and I had overcome those

9    challenges and built our lives back together both

10   spiritually and financially.

11             They knew that our recovery and our family was the

12   most important thing in our lives next to our faith.  They

13   preyed on that knowledge and they manipulated us from the

14   beginning of the relationship while pretending to care about

15   us and the well-being of our children.

16             Speaking of faith, what is laughable now -- and

17   the gentleman earlier talked about praying with him -- they

18   would organize prayer groups at their house and Jessica

19   would post them on social media.  It was just another ruse

20   to keep people believing that they were this morally

21   centered family that truly cared about others and had a deep

22   faith in Christ.

23             In short, David and Jessica stole our life

24   savings.  Our children's future and ability to trust so that

25   they can continue their corrupt little lie that they were

 1  living.

 2          I see that David's falling on the sword for the

 3  entire family but they are all guilty of being involved in

 4  this criminal scam.  Jessica would brag about how Dave would

 5  buy her expensive jewelry because he couldn't get a life

 6  insurance policy due to his heart condition.

 7          In addition to the massive closet of designer

 8  clothes and shoes, somewhere Jessica has got a half a

 9  million-dollar ring that the victims in this courtroom today

10  have all chipped in on.

11          I realize that I didn't get the worst of the Ponzi

12  scheme compared to the other victims in this room but it's

13  all relative.  The money in my savings that it supposedly

14  was for an e-cigarette company or was a legitimate marijuana

15  production facility that had contracts with the city that

16  was supposed to go public with some Canadian company.  The

17  story kept changing and it was all fraud and his entire

18  family was in on it.

19          I guess to the Court, Your Honor, you know, the

20  only way, similar to what the gentleman said before is, you

21  know, David and Jessica didn't know how to survive.  They

22  don't know how to survive in this world besides stealing

23  from people and ruining their lives.

24          And I just implore you give David the gift of the

25  maximum sentence, no appeal, no reduction for good behavior.

1    Give him a time to sit on a time out and think about the

2    destruction that he caused everybody in this room because if

3    he's let out and given the opportunity of freedom, he'll do

4    it again.  He knows no other way.

5              Thank you, Your Honor.

6              THE COURT:  Thank you.

7              Is there anyone else who would like to be heard?

8              VICTIM C.C.:  Hi, Your Honor.  I'm C.C., another

9    victim.  My partner had known David for quite some time and

10   really had trusted him.

11             My father at the time was on his last month of his

12   life or last few months so he was using a tincture.  David

13   came to find this out.  Completely set up the entire

14   scenario of how he owned one-third of this company.

15             Consequently, he -- I am so upset by this.

16             THE COURT:  Take your time.

17             VICTIM C.C.:  -- supplied my father with, you

18   know, the medicine or the tincture; and that's how I

19   invested because I thought he was such a compassionate

20   amazing person.  My partner, my good friend, all went on my

21   word and we all lost everything.

22             And we were some of the, you know, fortunate that

23   are going to be fine but I can tell you that it was a

24   complete setup and a scam and it's hard to even talk about.

25             So I think that mercy is something for someone

1   with remorse and in a situation like that, it shows no

2   remorse because it's ruthless and conniving and manipulative

3   and I think character is everything in a person.

4          That's all I have to say.

5          THE COURT:  Thank you.

6          Is there anyone else who would like to be heard?

7          VICTIM I.C.:  I.C.  Curt's business partner.

8   Worked for him.  Known David as a patient for more than ten

9   years before working with Curt.  Sorry.  Hands are shaking.

10  I didn't think I would be speaking today.

11         THE COURT:  That's all right.

12         VICTIM I.C.:  I think he'll do it again if he has

13  an opportunity.  There's no question.  All these years I've

14  known him, I cared not to ask him about how he was driving

15  fancy cars living the lifestyle he did.

16         I think he trusted me as a dentist enough to refer

17  a lot of really great people to the practice in Valencia

18  which I still practice him.  So I trusted him back and just

19  recently, he gave me this great business opportunity and of

20  course I trusted him almost as a friend and he knew my

21  situation.

22         I love to take care of my parents.  They live in

23  my house and I love them to do that.  And he -- I remember

24  him saying:  Oh, you could do whatever you want for your

25  parents.  Buy them a house.  And I thought I deserved it, I

1   guess, because I was such a good friend to him.

2        And the level of coldheartedness and I think

3   someone described it as sociopathic, I've never -- I don't

4   know if I've ever met one in person but I think I really did

5   and it's really unfortunate for me that I -- I mean, I'm

6   still practicing so I don't want to talk about money and

7   things like that.

8        But if I had the opportunity to warn others, I

9   certainly would have.  And so I just have to say I think

10  he's a different level of crook.  I think he's not just a

11  businessman that just couldn't make money or do good deals.

12       I think this is a whole different level of just

13  not brazenness, but just -- I think he has no capacity to

14  understand the hurt that he's put on all his victims.

15       Thank you.

16       THE COURT:  Thank you.

17       Is there anybody else who would like to speak?

18       VICTIM B.S.:  Hi.  My name is Bill Sewell and I'm

19  here on behalf of my wife Lisa, my daughter Fiona who was

20  very close friends with Brianna at the barn where they first

21  met.

22       As you've been hearing the patterns, we also were

23  very impressed with not only the flashiness of both David in

24  his Lamborghini and Jessica in her Bentley driving up there,

25  you know, every day.  But they were very present, very

1    charming, very easy to spend time with.

2           We spent many hours like everyone else did or

3    multiple days on the road at these horse shows, and it took

4    David some time before he offered us the opportunity to

5    invest in this company as well.

6           We didn't quite understand where the money came

7    from but as -- I mean, he's very articulate.  He's very good

8    at -- as you could hear, gaining trust and could speak to

9    his subject matter very well so it seemed like a very

10   legitimate possibility.

11          Umm, we vetted it.  I even brought a referral to

12   him to do work for him and realized, you know, after the

13   fact, that she never got paid.

14          It was May 9th, 2011, when I had my last

15   conversation with David and it was -- I realized that there

16   was -- done research finally to see why he had not been

17   returning paperwork or getting back in touch with us for

18   legal filings that we needed to do on this investment.

19          And finally I called and said:  Hey, you know, we

20   need our money back.  We need out and, oh, by the way, I'm,

21   you know, concerned with what I'd learned from your behavior

22   at the barn, you know.

23          This is -- this was a place where we all got

24   together and then I realized that he had managed to convince

25   every single family in the barn to invest in his company.

1   Like I said, very persuasive.

2          And the problem that I had had was the distress

3   that he had caused to the most important person collectively

4   in all of our lives which was the trainer at the barn that

5   kind of gave me an instant sense of actually what

6   malevolence was going on below the surface.

7          And when I told him:  I need the money back.  Oh,

8   yeah.  He said:  No problem.  I'll pay you back.  You're

9   going to be just fine.

10          And then I felt that that was going to be --

11   things might work out.  And then he called an hour later and

12   then he lit into me about the most important person in his

13   life.  How dare I get involved with him and this woman who

14   everyone loved, who's one of the most ethical people in the

15   business.

16          And that was the moment I knew I was a mark and I

17   just listened and just the sinking feeling that I had, that

18   I never realized that I could be played but I had just been

19   played.

20          And there was an unbelievable amount of like

21   malevolence to state how he said that was the most important

22   person in his life after he had caused possibly a hundred

23   thousand dollars of financial harm to her and her vendors.

24          And I knew this because I -- his schemes worked

25   really well in the dark when nobody else knows what's going

1   on.  So after that conversation, my job was to now check in

2   with everybody else that he had affected.

3        And then realized that in each and every

4   consideration -- like following phone call, he would tell

5   everyone else that -- people that he talked to were okay.

6   That, oh, they're all settled.  He always had a reason, a

7   story, everything was okay and each of us were talking to

8   each other and realizing that he was lying after we all knew

9   what was going on.  Lying consistently and threateningly,

10  menacingly and to powerful lawyers, to powerful people.

11       That portion -- it actually caused us a bunch of

12  concern which was not only is this malevolent evil behavior

13  but what else is he capable of because we didn't know that

14  that was a possibility.  We didn't know he was capable of

15  that.  And didn't know.  Didn't know but was actually quite

16  fearful of what else could be coming down the road.

17       It also really helped us believe -- and you hear

18  it from everyone else before -- is that this has been

19  practiced behavior over a long period of time to the people

20  he most cares about or that we felt that he most cared

21  about.

22       So I don't know how people change over time but I

23  would really ask you to consider protecting the rest of us

24  as much as you possibly can from these schemes going on.

25       His wife and daughter, I love the daughter still

1    but they are living their best lives.  You know, we never

2    got paid back.  We're watching them continue to be

3    princesses in the social media realm and it's -- and, you

4    know, posts of giving financial advice.  Just unbelievably

5    frustrating to see as we all know what the true quality of

6    their personalities and their ethics are so please, please

7    protect us.

8            Thank you.

9            THE COURT:  Thank you.

10           Is there anyone else who would like to speak?

11                     *(No response.)*

12           THE COURT:  All right.

13           The government argues that the defendant should

14   receive a two-level enhancement for obstruction of justice.

15   The defendant was charged in 2012 with unlawful sale of

16   securities, grand theft personal property, using false

17   statements in the sale of a security, and using false

18   statements.

19           As part of a plea deal, most of the charges were

20   dropped in exchange for a plea to unlawful sale of

21   securities.

22           In 2017, he was sentenced on that charge to three

23   years' probation with 360 days in jail and 300 hours of

24   community service but the custody provision was temporarily

25   stayed.

1        He was ordered to pay restitution of $185,000 to

2   one victim and $88,000 to another.  Once that restitution

3   was paid, the custody time was permanently stayed.

4        The parties and the probation officer agree that

5   the 2012 case is relevant conduct here because it was for

6   similar fraudulent conduct in the midst of the current

7   ongoing fraudulent scheme.

8        The government argues defendant paid the

9   restitution that kept him out of jail with funds obtained

10  through defrauding investors, part of the scheme to which he

11  has pleaded guilty in this case.

12       Defendant admitted in his plea agreement that his

13  scheme to defraud began no later that in or about 2010 and

14  continued at least through about April 2022.

15       The probation officer notes that defendant had no

16  lawful form of income during the time that he was on

17  probation for his state court conviction and was making

18  restitution payments.  Defendant does not dispute this.

19       The government contends that because the state

20  court conviction is considered part of the instant offense,

21  defendant should receive an enhancement under Guideline

22  Section 3C1.1.

23       This section states that if:

24       1.  The defendant willfully obstructed or impeded

25  the administration of justice with respect to the

1    investigation, prosecution, or sentencing of the instant

2    offense of conviction.

3         And 2.  The obstructive conduct related to, A, the

4    defendant's offense of conviction and any relevant conduct

5    or, B, a closely related offense, the offense level should

6    be increased by two levels.

7         Although there is some doubt and if the commission

8    had contemplated conduct as brazen and egregious as this, it

9    almost certainly would have included what the defendant did

10   here, the Court concludes that the first requirement is not

11   met and declines to impose the enhancement.

12        The government next contends that the criminal

13   history category, one, substantially underrepresents the

14   seriousness of defendant's criminal history or the

15   likelihood that the defendant will commit other crimes.

16        The government specifies that it is not asking the

17   Court to depart upward based on the conviction in

18   defendant's state court case because this may be prohibited

19   by the guidelines.

20        Though it appears the Ninth Circuit has not yet

21   addressed this issue, the Court will accept the government's

22   suggestion and not impose it on that basis.

23        The government contends, however, that the

24   guidelines do not limit the Court's ability to impose an

25   upward departure for committing the instant offense while

1   under a criminal justice sentence where the sentence arose

2   from conduct that is part of the offense.

3          The probation officer states that defendant's

4   prior criminal history does not fit squarely into any of the

5   categories described in the guidelines for a departure.

6   That may be true but fitting squarely does not seem to be a

7   requirement.

8          The Court agrees with the government that criminal

9   history category I substantially underrepresents the

10  seriousness of defendant's criminal history and the

11  likelihood that the defendant will commit other crimes.

12         The issue here is very similar to Guideline

13  Section 4A1.3(a)(2)(D), which suggests an upward departure

14  is appropriate when defendant was pending trial or

15  sentencing on another charge at the time of the offense.

16         As I said, the defendant brazenly and egregiously

17  continued the same or very similar conduct throughout his

18  term of probation while allegedly making honest efforts to

19  repay his victims and rehabilitate himself.

20         He not only continued his fraudulent conduct, he

21  escalated it.  This is a very good indication that he is

22  likely to commit other crimes and that category I does not

23  reflect the seriousness of his criminal history.

24         In addition as the government points out,

25  defendant admitted to violating the terms of his probation

1    in that case even aside from continuing to commit the same

2    offense.

3            It is clear that defendant's record is

4    considerably more serious than that of other defendants in

5    the same category even without considering any alleged

6    conduct that may have occurred in the Philippines.

7            The Court finds defendant is in criminal history

8    category II.

9            The defendant contends that the presentence report

10   incorrectly applies a two-level enhancement for a

11   substantial financial hardship to five or more victims.

12           He notes the government bears the burden of proof

13   but it is easily met here.  Application of Note 4(f) to

14   Section 2B1.1(b)(2)(B), provides a nonexclusive list of

15   factors to consider in determining substantial financial

16   hardship and the government has clearly met its burden of

17   proof by supplying detailed victim statements as well as the

18   information in the presentence report.

19           Defendant's fraudulent promises impacted victims'

20   ability to meet their own financial obligations while he was

21   living a lavish lifestyle.  He took money that was meant to

22   fund retirement, children's college education and siblings

23   schools.  He encouraged people to invest their entire life

24   savings and they did.

25           In addition to the victims listed in the PSR, at

1    least victims JPV, CAO, and FCC, suffered substantial

2    financial hardship and by naming these victims the Court

3    does not mean to suggest that the others who have provided

4    information did not also suffer substantial financial

5    harbor.  The enhancement is proper.

6          I find the report to be accurate and correct in

7    all material respects with the exception of the increase in

8    criminal history category.

9          I adopt the report and the calculation of the

10   advisory sentencing guidelines.

11         The advisory guidelines are the starting point and

12   the initial benchmark in the Court's analysis.  I'm

13   consulting and taking into account the current edition of

14   the guidelines.

15         The total offense level is 32.  The criminal

16   history category is II.  The guideline range for custody is

17   135 to 168 months.  The range for supervised release is one

18   to three years.  The special assessment to the Crime Victims

19   Fund is $200.

20         Does the government have a revised recommendation

21   based on the Court's calculated guidelines range?

22         MR. SCHWAB:  It does, Your Honor.  Based on the

23   Court's calculations, the government recommends 135 months.

24         THE COURT:  Thank you.

25         In making an individualized determination based on

1    the facts, I'm also considering the factors described in

2    18 United States Code, Section 3553(a) especially but not

3    exclusively the nature and circumstances of the offense and

4    the history and characteristics of the defendant; the need

5    for the sentence to reflect the seriousness of the offense,

6    to promote respect for the law, and provide just punishment;

7    to afford adequate deterrence for criminal conduct and to

8    protect the public from further crimes of the defendant.

9            I'm considering the kinds of sentence available

10   and the kinds of sentence and sentencing range established

11   for the applicable category of offense committed by the

12   applicable category of defendant as well as the need to

13   avoid unwarranted sentence disparities among defendants with

14   similar records who've been convicted of similar offenses.

15           The Court also considers the need to provide

16   restitution to victims of the offense.  Though considering

17   the number of victims and the enormity of the fraud, it's

18   unrealistic to think that any of the victims will obtain

19   anywhere near their loss regardless of the Court's sentence.

20           Defendant, of course, has promised in connection

21   with a past sentencing to repay his victims.  Did he do then

22   by defrauding additional people.  I don't believe he has any

23   more intention to repay these victims honestly or otherwise

24   than he did at that time.

25           He submitted probably the least convincing letter

the Court has ever received from a defendant.  I am not in
the least persuaded that Mr. Bunevacz regrets anything other
than that he was caught.

If he had any remorse about his conduct and the
devastation he was causing, he would have stopped
immediately after being charged in the state court case.  He
did the opposite.

Mr. Bunevacz's history and characteristics and the
nature and circumstances of the offense are extremely
aggravating in part because he used fraudulently obtained
funds to keep him out of prison in that state court case.

The Court concludes that the defendant's obviously
willful fraud on the state court that caused the state court
to stay the sentence of nearly one year in jail is an
extremely aggravating circumstance that compels a
significant upward variance in his sentence.

The Court is not persuaded by the probation
officer's comment that it does not appear that defendant
actually provided materially false information in his prior
case because he may not have been affirmatively dishonest
about the source of the funds that he used to pay the
restitution.

Deliberate material omissions also constitute
fraud under both state and federal law and it goes without
saying that defendant's failure to tell the judge that he

was using funds obtained fraudulently through a continuation

of the conduct for which the judge was sentencing him was

material and obstructed justice in the defendant's

sentencing.

It was a fraud on the state court; and having been

there, I am one hundred percent confident that the state

court judge would reach the same conclusion.

Though variances do not necessarily have to be

stated in terms of levels, this conduct is so closely

related to that described in Sentencing Guideline

Section 3C1.1 that the Court concludes that a two-level

upward variance is appropriate for this reason alone.

The nature and circumstances of the offense are

also extremely aggravating.  Defendant was engaged in this

fraudulent conduct for more than a decade.  Not even a

criminal conviction and the threat of jail caused him to

consider becoming a law-abiding citizen.

The various means that he used to defraud

investors were extremely sophisticated even defeating the

due diligence performed by investors who were sophisticated

and knowledgeable themselves.

He forged signatures, formed documents, and used

means far beyond that necessary to earn the enhancement for

sophisticated means.  In addition, he attempted to entourage

one investor to engage in insurance fraud with him.

1          In addition to that, as the government points out,

2     the purpose of his fraud was not for some desperate need to

3     help a family member deal with unforeseen medical issues or

4     to save a foundering buys, not that that would have been an

5     excuse.

6          His purpose was to provide himself and his family

7     with an extremely extravagant lifestyle which they flaunted

8     on social media.  This conduct only served to convince some

9     investors that he was as successful in his business as he

10    claimed to be.

11         He preyed on individuals who believed he was their

12    friend.  He accepted their life savings and money from

13    mortgaging homes or depleting retirement accounts.

14         In at least one case, he appears to have reloaded

15    a victim by returning for an additional one million dollars

16    over what the individual had convinced his company to

17    invest.

18         The Court also agrees with the government that the

19    seriousness of defendant's conduct cannot be captured in

20    mere dollars and cents.

21         The letters and the statements of the victims are

22    heartbreaking.  Although some of his victims were business

23    entities, others were individuals who knew him or who were

24    referred to him by others who knew him.  Some believed they

25    were close friends and socialized with him and his family.

1        There is an enhancement for substantial financial

2   harm which, as I said, is entirely appropriate but

3   apparently there is none for the related severe emotional

4   and even physical harm that's caused by predators such as

5   this defendant.

6        In many cases that harm is worse than the

7   financial harm.  As happened here victims became so

8   embarrassed they cannot face family and friends.  They lose

9   their ability to trust themselves or others.  They become

10  severely depressed and may even suffer physical

11  consequences.  They suffer irreparable harm to their

12  reputation and often have relationships with family and

13  friends destroyed or nearly so.

14        I recognize that some of these factors have been

15  accounted for in the enhancements and I am not including

16  them in my determination for an additional upward variance.

17        But to the extent the guidelines do not fully

18  capture the seriousness and devastation of financial fraud

19  through those enhancements, the Court has a policy

20  disagreement with the guidelines and finds these factors, as

21  I said to the extent not previously considered in

22  calculating the range, justify an upward variance and a

23  sentence at the high end of the range.

24        The defense asks for a downward variance of two

25  levels if the Court accepts the probation officer's and

1   government's analysis of substantial financial hardship on

2   the grounds that it's duplicative of the amount of loss and

3   number of victims factors.

4           The Court disagrees and denies the request.  The

5   amount of loss applied is actually intended loss.  Actual

6   loss need not occur, although a very high amount of actual

7   loss was suffered here.

8           But many of the direct victims did not suffer

9   substantial financial hardship within the meaning of the

10  enhancement or at least did not advise the Court of that and

11  indeed there were well over one hundred investors who were

12  defrauded.

13          And defendant's offense level did not include an

14  enhancement for the number of victims even though the

15  parties stipulated to it because only the greatest

16  enhancement is applied pursuant to 2B1.1(b)(2) so there's no

17  duplication.

18          The defense, as usual, does an excellent job in

19  its sentencing position including comparing this type of

20  crime to drug crimes or crimes of violence.

21          But a comparison of the total offense level to the

22  base level of those other crimes is not necessarily the

23  appropriate comparison and the Court does not agree that the

24  comparison of the crimes themselves necessarily suggest that

25  financial crimes should generally result in lesser

1  sentences.

2          Some types of financial crimes, including this

3  one, fully justify the 20-year maximum sentence established

4  by Congress and this case is a good example of why that is

5  so.

6          Defendant's early acceptance of responsibility was

7  certainly wise as the evidence against him appears

8  overwhelming and the only way to get a reduction in the

9  guidelines range is to enter into a plea agreement.  The

10  three-level departure is sufficient to address that factor.

11          The Court also does not find defendant's medical

12  condition justifies a lower sentence.  Once defendant is

13  sentenced, he will be in the custody of the Bureau of

14  Prisons rather than that of the Marshal Service.

15          The Bureau of Prisons has medical facilities that

16  are well able to address concerns such as those the

17  defendant apparently suffers from.

18          As the defense points out, the guidelines are only

19  one of a number of factors the Court must consider.  For the

20  reasons just indicated, the Court finds that the guideline

21  sentence as calculated by the probation officer even with

22  the criminal history category of II and that now recommended

23  by the government is not sufficient.

24          In addition, it is not sufficient to afford

25  adequate deterrence for criminal conduct or to protect the

1    public from further crimes of the defendant.

2          As the government points out, lesser sentences do

3    little to dissuade people, as lacking in good character or

4    integrity as the defendant, from committing this type of

5    crime.

6          The Eleventh Circuit noted that economic crimes

7    are prime candidates for general deterrence and,

8    unfortunately, supervised release does not assuage the

9    Court's concerns about recidivism.

10          Financial fraud is precisely the type of crime

11    that is difficult for probation officers to watch for and

12    discover, and defendant has proved himself well able to come

13    up with unique and sophisticated ways to defraud people.

14          There is a very significant risk that he will

15    continue to do so when released.  I'm fairly convinced that

16    he will at least try to do so.

17          The government agreed to recommend a low-end

18    sentence so long as the guidelines range was 32 and the

19    Court did not depart downward in criminal history.

20          The government has complied with its obligation.

21    I adopt the government's factual recitation and much of its

22    reasoning but I do not adopt the government's recommendation

23    or it conclusion from that reasoning that a low-end

24    guideline sentence is appropriate.

25          I find that a four-level upward variance to Level

1    36 and a statutory maximum sentence of 240 months would be

2    entirely reasonable for all of the reasons just stated and

3    would be within a reasonable range based on the 3553(a)

4    factors.

5          However, that sentence would provide no benefit to

6    the defendant for his acceptance of responsibility.  He did

7    accept responsibility quickly.  This saved the government

8    time and money.  But, more importantly, it allowed this

9    matter to be resolved early so that victims can try to move

10    on with their lives and avoid the time, stress, and

11    aggravation that is inherent in pretrial and trial

12    proceedings which they probably don't even recognize at this

13    point and, therefore, I conclude that a somewhat lower

14    sentence is appropriate.

15          Though as I said, variances are not required to be

16    considered in terms of levels even with the criminal history

17    category of I before a variance to Level 36 would result in

18    a guidelines range with a midrange of 210 months.

19          If the government's position as to the obstruction

20    of justice enhancement were correct, then I would not have

21    applied the two-level variance for obstruction but I would

22    still apply the two-level upward variance for the other

23    reasons stated.  The level would remain at 36 and I would

24    still impose a mid-range sentence of 210 months.

25          I will now state the sentence but counsel will

1    have a final chance to make legal objections before sentence

2    is imposed.

3            Does either counsel know of any reason why

4    sentence should not now be imposed?

5            *(Defense counsel conferred.)*

6            MR. SCHWAB:  Your Honor, the government knows of

7    no such reason.  I'll simply note, first off, the government

8    maintains its recommendation of 135 months and, secondly, I

9    believe if the Court were to vary upward to the equivalent

10   of offense level 36 with the upward departure to criminal

11   history -- to category II, the defendant's range would be

12   210 to 240 months.

13           THE COURT:  Thank you.  Yes, I misspoke.

14           MR. THREATT:  Your Honor, would you like me to

15   note our objections now or after sentence is imposed?

16           THE COURT:  You can go ahead and note them now.

17           MR. THREATT:  Your Honor, just for the record

18   we're reiterating our objection particularly to the

19   substantial financial hardship and the variances imposed by

20   the Court and that the Court sentence is substantively

21   unreasonable particularly with those enhancements factored

22   in.

23           THE COURT:  All right.  Thank you.

24           I find that the following sentence is reasonable

25   and is sufficient but is no greater than necessary to comply

1   with the purposes stated in 18 United States Code,

2   Section 3553(a).

3            It is ordered that the defendant shall pay to the

4   United States a special assessment of $200 which is due

5   immediately.

6            Any unpaid balance shall be due during the period

7   of imprisonment at the rate of not less than $25 per quarter

8   and pursuant to the Bureau of Prisons' Inmate Financial

9   Responsibility Program.

10            It is ordered that the defendant shall pay

11   restitution in the total amount of $35,267,851.98 to victims

12   as set forth in a separate victim list prepared by the

13   probation office which this Court adopts and which reflects

14   the Court's determination of the amount of restitution due

15   to each victim.

16            The victim list, which shall be forwarded by

17   probation to the Fiscal Section of the clerk's office shall

18   remain confidential to protect the privacy of the victims.

19            If defendant makes a partial payment, each payee

20   shall receive approximately proportional payments.

21            Restitution shall be due during the period of

22   imprisonment at the rate of not less than $25 per quarter

23   and pursuant to the Bureau of Prisons' Inmate Financial

24   Responsibility Program.

25            If any amount of the restitution remains unpaid

1   after release from custody, nominal monthly payments of at

2   least 10 percent of defendant's gross monthly income but not

3   less than $100, whichever is greater, shall be made during

4   the period of supervised release and shall begin 90 days

5   after the commencement of supervision.

6           Nominal restitution payments are ordered as the

7   Court finds that the defendant's economic circumstances do

8   not allow for either immediate or future payment of the

9   amount ordered.

10          Interest on the restitution ordered is waived

11  because the defendant does not have the ability to pay

12  interest.  Payments may be subject to penalties for default

13  and delinquency pursuant to 18 United States Code, Section

14  3612(g).

15          The defendant shall comply with Second Amended

16  General Order 20-04.  All fines are waived as the Court

17  finds that the defendant has established that he's unable to

18  pay and is not likely to become able to pay any fine.

19          Has there been an order of forfeiture requested,

20  Mr. Schwab?

21          MR. SCHWAB:  No, Your Honor.  There's no seized

22  assets in this instance.

23          THE COURT:  Thank you.

24          Would you like a recommendation to medical

25  facility, Counsel?

1          MR. THREATT:  Yes, Your Honor.  And specifically

2     in Southern California if the Court is amenable to making

3     that recommendation.

4          THE COURT:  Which do you give preference to?  I

5     think, if his condition is as bad as they say, they're going

6     to put him in a medical facility regardless but I can --

7          MR. THREATT:  I believe that's right, Your Honor.

8     I believe we'd prefer the recommendation for Southern

9     California.

10          THE COURT:  Okay.  I'll make those

11     recommendations.

12          Pursuant to the Sentencing Reform Act of 1984,

13     it's the judgment of the Court that the defendant

14     David Joseph Bunevacz is committed on Counts 1 and 2 of the

15     Indictment to the custody of the Bureau of Prisons for a

16     period of 210 months.

17          This term consists of 210 months on each of Counts

18     1 and 2 of the Indictment to be served concurrently.

19          The Court recommends that the defendant be

20     considered for the Bureau of Prisons residential drug abuse

21     program or RDAP.

22          On release from imprisonment, the defendant shall

23     be placed on supervised release for a term of three years.

24     This term consists of three years on each of Counts 1 and 2

25     of the Indictment.  All such terms to run concurrently under

the following terms and conditions:

The defendant shall comply with the rules and regulations of the US Probation and Pretrial Services Office and Second Amended General Order 20-04 including the conditions of probation and supervised release set forth in Section 3 of Second Amended General Order 20-04.

2.  The defendant shall refrain from any unlawful use of a controlled substance.  He shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter not to exceed eight tests per month as directed by the probation officer.

3.  The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, or sweat-patch testing as directed by the probation officer.

He shall abstain from using alcohol and illicit drugs and from abusing prescription medications during the period of supervision.

4.  During the course of supervision, the probation officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the US Probation and Pretrial Services Office for treatment of narcotic addiction or drug dependency which may include counseling and testing to determine if the defendant has reverted to the use of

1  drugs.  He shall reside in the treatment program until

2  discharged by the program director and the probation

3  officer.

4         5.   As directed by the probation officer, the

5  defendant shall pay all or part of the cost of the

6  court-ordered treatment to the after-care contractors during

7  the period of community supervision.

8         He shall provide payment and proof of payment as

9  directed by the probation officer.  If the defendant has no

10 ability to pay, no payment shall be required.

11        6.   During the period of community supervision,

12 the defendant shall pay the special assessment and

13 restitution in accordance with this judgment's orders

14 pertaining to such payment.

15        7.   He shall cooperate in the collection of a DNA

16 sample.

17        8.   He shall not be employed in any capacity

18 wherein he has custody, control, or management of

19 defendant's employer's funds.

20        9.   He shall not engage as whole or partial owner,

21 employee, or otherwise in any business involving loan

22 programs, telemarking activities, investment programs, or

23 any other business involving the solicitation of funds or

24 cold calls to customers without the express approval of the

25 probation officer prior to engaging in such payment.

1          I'm going to add the approval of this Court is

2    necessary.

3          Further, he shall provide the probation officer

4    with access to any and all business records, client lists,

5    and other records pertaining to the operation of any

6    business owned in whole or part by the defendant as directed

7    by the probation officer.

8          10.  He shall not be self-employed nor be employed

9    in a position that does not provide regular paystubs with

10   the appropriate deductions for taxes unless approved by the

11   probation officer.

12         11.  He shall apply all monies received from

13   income tax refunds, lottery winnings, inheritance,

14   judgments, and any other financial gains to the

15   court-ordered obligation.

16         This condition should not be read to suggest that

17   I approve of him spending any money on lotteries.  Indeed,

18   he's not to do so.  However, if someone else wanted to buy

19   him a ticket and give it to him, that would be, I suppose,

20   none of the Court's business.

21         12.  The defendant shall submit the defendant's

22   person, property, house, residence, vehicle, papers,

23   computers, cellphones, other electronic communications, or

24   storage devices or media, email accounts, social media

25   accounts, cloud storage accounts, or other areas under his

control to a search conducted by a US Probation Officer or law enforcement officer.

Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner on reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

13.  He shall participate in a program for gambling treatment which may include evaluation and counseling as directed by the probation officer until discharged from the program by the service provider with the approval of probation officer.

The Court authorizes the Probation and Pretrial Services Office to disclose the presentence report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency.

Further re-disclosure of the presentence report by the treatment provider is prohibited without the consent of this Court.

The defendant is remanded to the custody of the

1    US Marshal.

2              Does either counsel have anything further?

3              MR. SCHWAB:  Your Honor, in the interest of

4    justice, the government moves to dismiss the remaining

5    counts of the Indictment.

6              THE COURT:  Granted.

7              MR. THREATT:  Nothing further from the defense,

8    Your Honor.

9              THE COURT:  Thank you.

10             The statement of reasons shall be included in the

11   Commitment Order and Judgment and shall be provided to the

12   probation office, the Sentencing Commission, and the Bureau

13   of Prisons.

14             A complete copy of the presentence report shall be

15   provided to the Bureau of Prisons.  That includes the

16   changes I made.  Any other copies of the report and related

17   materials shall remain confidential.

18             The Sentencing Commission gets a copy as well.

19             If an appeal is taken, Counsel on appeal shall

20   have access to the report.

21             Sir, you have a right to appeal your conviction if

22   you believe that your guilty plea was somehow unlawful or

23   involuntary or if there's some other fundamental defect in

24   the proceedings that was not waived by your guilty plea.

25             You also have a right to appeal your sentence

1  under some circumstances particularly if you think your
2  sentence is contrary to law.
3          You have entered into a plea agreement that waives
4  some or all of your right to appeal your conviction and
5  other issues.  Such waivers are generally enforceable.  The
6  plea agreement controls your right to appeal and if you
7  believe the waiver is unenforceable, you can present that
8  theory to the Court of Appeals.
9          This sentence exceeds the sentence in the appeal
10 waiver so you do have a right to appeal that sentence to the
11 extent described in the plea agreement.
12         To the extent you retained any right to appeal,
13 with few exceptions the Notice of Appeal must be filed
14 within 14 days of judgment being entered.
15         Do you understand that, sir?
16         THE DEFENDANT:  Yes, Your Honor.
17         THE COURT:  If you're unable to afford a
18 transcript of the record in this case, one will be provided
19 at government expense.
20         If you're unable to pay the cost of an appeal or a
21 filing fee, you may apply for leave to appeal *In Forma*
22 *Pauperis*.
23         If you do not have counsel to act on your behalf
24 and if you request it, the Clerk of the Court will prepare a
25 Notice of Appeal on your behalf.

1          You must make that request within 14 days.

2          The Notice of Appeal must designate the judgment

3     or order appealed from and the fact that you're appealing to

4     the Court of Appeals.  It should designate the portion of

5     the proceedings not already on file that you deem necessary

6     for the reporter to include.

7          Anything further?

8          MR. SCHWAB:  No, Your Honor.  Thank you very much.

9          MR. THREATT:  No, Your Honor.  Thank you.

10         THE COURT:  All right.  Thank you.

11         THE CLERK:  Court's in recess.

12         *(At 10:28 a.m., proceedings were concluded.)*

13

14                         -oOo-

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE**

1

2

3          I, PAT CUNEO, CSR 1600, hereby certify that

4    pursuant to Section 753, Title 28, United States Code, the

5    foregoing is a true and correct transcript of the

6    stenographically reported proceedings held in the

7    above-entitled matter and that the transcript page format is

8    in conformance with the regulations of the Judicial

9    Conference of the United States.

10

Date:  December 13, 2022

11

12

13

14

15          /s/ _____

16          PAT CUNEO, OFFICIAL REPORTER
            CSR NO. 1600

17

18

19

20

21

22

23

24

25

MR. SCHWAB: [11]
3/9 10/7 10/10 10/13
18/13 28/7 43/22 53/6
55/21 61/3 63/8
MR. THREATT: [17]
3/11 4/3 4/5 4/8 5/3 5/6
5/10 5/17 8/4 15/4 15/7
53/14 53/17 56/1 56/7
61/7 63/9
MR. WASSERMAN: [1]
3/16
THE CLERK: [2] 3/3
63/11
THE COURT: [53]
3/15 3/17 4/4 4/6 4/9
4/12 4/15 4/17 4/20
4/23 4/25 5/4 5/9 5/15
8/3 9/22 10/6 10/9
10/11 15/2 15/6 18/11
18/16 18/21 19/1 19/4
19/6 19/10 24/3 24/5
24/8 24/10 28/5 28/11
28/14 32/6 32/16 33/5
33/11 34/16 38/9 38/12
43/24 53/13 53/16
53/23 55/23 56/4 56/10
61/6 61/9 62/17 63/10
THE DEFENDANT: [8]
4/11 4/14 4/16 4/19
4/22 4/24 10/5 62/16
THE WITNESS: [1]
18/20
VICTIM B.S.: [1] 34/18
VICTIM C.C.: [2] 32/8
32/17
VICTIM G.H.: [3] 24/6
24/9 24/11
VICTIM I.C.: [2] 33/7
33/12
VICTIM S.S.: [6] 18/22
19/3 19/5 19/9 19/11
24/4
VICTIM T.D.: [2] 28/12
28/15

$

$1 [3] 22/9 22/14 22/21
$1 million [1] 22/14
$1.35 [1] 22/21
$1.35 million [1] 22/21
$100 [1] 55/3
$185,000 [1] 39/1
$200 [2] 43/19 54/4
$25 [2] 54/7 54/22
$3 [1] 25/9
$3 million [1] 25/9
$3,500,000 [1] 23/23
$3.5 [5] 21/4 21/19
22/15 22/19 23/5
$3.5 million [4] 21/4
21/19 22/19 23/5
$35,267,851.98 [1]
54/11

$402,000 [1] 11/10
$5,000 [1] 26/8
$80,000 [2] 25/22 25/25
$88,000 [1] 39/2

-

-oOo [2] 3/2 63/14

/

/s [1] 64/15

0

04 [3] 55/16 57/4 57/6

1

1,350,000 [1] 23/1
1,700,000 [1] 23/10
1.5 million [1] 21/10
10 [2] 28/17 59/8
10 percent [1] 55/2
10:28 [1] 63/12
11 [1] 59/12
12 [3] 26/13 28/16
59/21
13 [2] 60/12 64/10
135 [3] 43/17 43/23
53/8
14 [2] 62/14 63/1
15 [1] 57/9
1600 [3] 1/21 64/3
64/16
168 [1] 43/17
1782 [1] 1/24
18 United [3] 44/2 54/1
55/13
19 [1] 27/17
1984 [1] 56/12

2

20 [2] 30/4 30/6
20-04 [3] 55/16 57/4
57/6
20-year [1] 50/3
2008 [1] 24/12
2010 [2] 24/16 39/13
2011 [1] 35/14
2012 [3] 28/18 38/15
39/5
2014 [1] 28/20
2017 [1] 38/22
2018 [4] 19/21 21/9
21/10 21/13
2019 [3] 21/23 22/5
28/18
2022 [4] 1/17 3/1 39/14
64/10
21 [2] 1/17 3/1
210 [5] 52/18 52/24
53/12 56/16 56/17
213-894-1782 [1] 1/24
22-175-DSF [1] 1/8
240 [2] 52/1 53/12
28 [1] 64/4
2B1.1 [2] 42/14 49/16

3

30 [3] 17/21 22/12
22/18
300 [1] 38/23
312 [1] 2/4
32 [2] 43/15 51/18
321 [1] 2/8
35 million [1] 26/13
350 [1] 1/22
3553 [4] 8/5 44/2 52/3
54/2
36 [4] 52/1 52/17 52/23
53/10
360 [1] 38/23
3612 [1] 55/14
3C1.1 [2] 39/22 46/11

4

4311 [1] 1/23
4A1.3 [1] 41/13

5

50 [1] 30/7

7

753 [1] 64/4

8

855,000 [1] 23/10
87 [2] 8/7 9/19

9

90 [1] 55/4
90012 [3] 1/23 2/5 2/8
9:12 [2] 1/17 3/1
9th [1] 35/14

A

a.m [3] 1/17 3/1 63/12
abiding [1] 46/17
ability [9] 4/7 16/18
23/25 30/24 40/24
42/20 48/9 55/11 58/10
able [5] 14/13 25/8
50/16 51/12 55/18
about [32] 4/6 6/24
7/15 15/17 16/18 17/15
19/22 26/9 27/4 27/6
27/9 27/11 27/13 27/21
29/15 30/7 30/14 30/17
30/21 31/4 32/1 32/24
33/14 34/6 36/12 37/20
37/21 39/13 39/14 45/4
45/21 51/9
above [3] 21/1 21/14
64/7
above-entitled [1] 64/7
abstain [1] 57/16
abuse [3] 56/20 57/13
60/19
abusing [1] 57/17
accept [3] 14/10 40/21
52/7
acceptance [2] 50/6

52/6
accepted [1] 47/12
accepts [1] 48/25
access [2] 59/4 61/20
accordance [1] 58/13
accordingly [1] 7/20
account [4] 5/21 7/19
8/10 43/13
accounted [3] 7/18
16/3 48/15
accounts [4] 47/13
59/24 59/25 59/25
accurate [1] 43/6
acknowledge [2] 5/17
14/8
acknowledged [1]
15/25
acknowledges [2] 8/9
8/18
act [3] 13/11 56/12
62/23
activities [1] 58/22
actual [3] 14/17 49/5
49/6
actually [9] 13/9 14/1
14/12 20/14 36/5 37/11
37/15 45/19 49/5
add [4] 5/22 7/22 7/24
59/1
added [1] 5/12
addendum [2] 3/21
15/10
addiction [2] 57/23
60/20
addition [8] 10/21
21/14 31/7 41/24 42/25
46/24 47/1 50/24
additional [13] 5/12
5/23 7/22 10/24 11/4
16/10 17/7 22/9 22/14
29/24 44/22 47/15
48/16
address [8] 6/20 10/7
11/18 18/15 18/23
19/16 50/10 50/16
addressed [1] 40/21
adequate [1] 44/7
50/25
adjustment [1] 11/24
administration [2] 13/2
39/25
admitted [2] 39/12
41/25
adopt [3] 43/9 51/21
51/22
adopts [1] 54/13
advance [1] 21/4
advanced [1] 8/22
adversely [2] 19/12
23/16
advice [1] 38/4
advise [1] 49/10
advisory [1] 43/10
43/11

affected [3] 19/13
23/16 37/2
affirmatively [1] 45/20
afford [3] 44/7 50/24
62/17
after [14] 11/5 19/21
21/1 25/11 29/20 35/12
36/22 37/1 37/8 45/1
53/15 55/1 55/5 58/6
after-care [1] 58/6
again [8] 3/4 7/17
11/11 12/22 15/25 18/1
32/4 33/12
against [2] 24/21 50/7
aggravated [1] 28/9
aggravating [4] 8/10
45/10 45/15 46/14
aggravation [1] 52/11
aggregate [1] 5/21
ago [4] 26/14 27/17
30/4 30/6
agree [5] 11/23 15/9
22/24 39/4 49/23
agreed [3] 22/11 29/20
51/17
agreement [7] 8/16
39/12 50/9 57/20 62/3
62/6 62/11
agrees [2] 41/8 47/18
ahead [2] 19/10 53/16
alcohol [1] 57/16
ALEXANDER [2] 2/3
3/10
Alexander Schwab [1]
3/10
all [40] 3/18 5/9 5/25
8/7 8/10 10/21 11/8
18/16 19/6 21/16 22/6
26/7 26/10 29/25 31/3
31/10 31/13 31/17
32/20 32/21 33/4 33/11
33/13 34/14 35/23 36/4
37/6 37/8 38/5 38/12
43/7 52/2 53/23 55/16
56/25 58/5 59/4 59/12
62/4 63/10
allegation [1] 7/10
allegations [1] 15/17
allege [1] 6/18
alleged [6] 7/16 13/10
15/13 16/3 16/12 42/5
allegedly [2] 17/11
41/18
allow [1] 55/8
allowed [1] 52/8
allowing [1] 18/23
almost [5] 26/20 30/4
30/6 33/20 40/9
alone [1] 46/12
along [1] 13/11
already [13] 5/21 6/5
6/12 7/18 7/19 7/20
8/10 14/5 16/3 16/5
16/23 21/20 63/5

**A**

**also [18]** 3/13 3/23
8/17 10/15 13/16 14/20
20/9 23/24 34/22 37/17
43/4 44/1 44/15 45/23
46/14 47/18 50/11
61/25
**although [3]** 40/7
47/22 49/6
**always [1]** 37/6
**am [7]** 18/14 19/3
19/18 32/15 45/1 46/6
48/15
**amazing [1]** 32/20
**amenable [1]** 56/2
**Amended [3]** 55/15
57/4 57/6
**AMERICA [2]** 1/6 3/6
**among [2]** 11/4 44/13
**amount [14]** 6/1 6/22
7/17 7/21 8/17 14/11
36/20 49/2 49/5 49/6
54/11 54/14 54/25 55/9
**analysis [3]** 17/4 43/12
49/1
**Angeles [6]** 1/16 1/23
2/5 2/8 3/1 20/17
**anniversaries [1]** 29/8
**another [5]** 20/16
30/19 32/8 39/2 41/15
**any [36]** 4/6 4/17 7/10
8/1 9/5 9/15 9/21 11/19
14/25 15/2 15/19 17/16
18/9 20/24 40/4 41/4
42/5 44/18 44/22 45/4
53/3 54/6 54/25 55/18
57/7 58/17 58/21 58/23
59/4 59/5 59/14 59/17
60/4 60/7 61/16 62/12
**anybody [2]** 9/23 34/17
**anyone [6]** 18/14 18/18
28/6 32/7 33/6 38/10
**anything [6]** 4/25 5/4
10/3 45/2 61/2 63/7
**anywhere [1]** 44/19
**apart [1]** 24/16
**apparently [2]** 48/3
50/17
**appeal [16]** 1/14 31/25
61/19 61/19 61/21
61/25 62/4 62/6 62/9
62/10 62/12 62/13
62/20 62/21 62/25 63/2
**appealed [1]** 63/3
**appealing [1]** 63/3
**Appeals [2]** 62/8 63/4
**appear [1]** 45/18
**appearance [1]** 29/19
**appearances [2]** 2/1
3/8
**appears [3]** 40/20
47/14 50/7
**applicable [2]** 44/11

**application [3]** 6/8
6/16 42/13
**applied [2]** 49/5 49/16
52/21
**applies [1]** 42/10
**apply [5]** 16/2 18/8
52/22 59/12 62/21
**appointed [2]** 8/13
27/18
**appointment [1]** 28/2
**appropriate [10]** 8/6
13/17 13/21 41/14
46/12 48/2 49/23 51/24
52/14 59/10
**approval [3]** 58/24 59/1
60/16
**approve [1]** 59/17
**approved [2]** 57/22
59/10
**approximately [1]**
54/20
**April [1]** 39/14
**April 2022 [1]** 39/14
**are [32]** 7/2 7/3 7/15
7/17 7/19 9/11 10/19
10/22 11/12 11/23
14/19 17/12 17/15
18/13 18/22 19/2 31/3
32/23 33/9 38/1 38/6
43/11 45/9 46/13 47/21
50/16 50/18 51/7 52/15
55/6 55/16 62/5
**areas [2]** 59/25 60/10
**argues [2]** 38/13 39/8
**arguing [1]** 12/3
**argument [1]** 15/23
**arguments [1]** 15/11
**arose [1]** 41/1
**arrest [1]** 9/2
**articulate [1]** 35/7
**as [85]**
**aside [2]** 6/20 42/1
**ask [3]** 30/1 33/14
37/23
**asked [1]** 29/15
**asking [3]** 11/24 18/17
40/16
**asks [1]** 48/24
**assessment [3]** 43/18
54/4 58/12
**assets [3]** 20/3 20/5
55/22
**ASSISTANT [1]** 2/3
**assuage [1]** 51/8
**at [45]** 3/13 6/17 8/19
9/11 9/18 9/24 9/25
10/19 11/3 11/12 14/18
16/13 17/1 17/23 18/15
19/17 26/4 26/20 28/20
29/18 29/22 30/18
32/11 34/20 35/3 35/8
35/22 36/4 39/14 41/15
42/25 44/24 47/14

44/12

**attached [1]** 8/23
**attempted [2]** 13/1
46/24
**attending [1]** 29/12
**attention [1]** 26/23
**attorney [3]** 2/2 2/3
19/24
**attorneys [2]** 4/20
24/18
**audited [1]** 20/1
**auditors [1]** 23/13
**August [1]** 19/21
**August-September [1]**
19/21
**authorizes [1]** 60/17
**available [2]** 23/7 44/9
**avoid [2]** 44/13 52/10
**away [1]** 10/1

**B**

**back [12]** 14/13 25/8
26/8 26/11 27/5 30/9
33/18 35/17 35/20 36/7
36/8 38/2
**bad [1]** 56/5
**Bahamas [1]** 29/7
**balance [1]** 54/6
**bank [3]** 13/11 22/21
23/1
**bankruptcy [3]** 7/11
7/13 24/25
**Barbara [1]** 29/10
**barn [4]** 34/20 35/22
35/25 36/4
**base [1]** 49/22
**based [7]** 7/7 12/12
40/17 43/21 43/22
43/25 52/3
**basis [6]** 8/15 13/14
18/7 18/10 28/10 40/22
**battery [1]** 22/4
**be [77]**
**bears [2]** 9/10 42/12
**became [5]** 7/10 24/12
28/21 28/25 48/7
**because [26]** 6/18 7/15
8/8 9/3 11/1 16/4 16/22
16/23 17/2 23/6 24/20
26/11 31/5 32/2 32/19
33/2 34/1 36/24 37/13
39/5 39/19 40/18 45/10
45/20 49/15 55/11
**become [2]** 48/9 55/18
**becoming [1]** 46/17
**been [21]** 8/21 8/23
9/14 10/20 15/18 20/6
22/6 23/11 23/16 23/18
25/16 34/22 35/16
36/18 37/18 44/14
45/20 46/5 47/4 48/14

55/19

**before [11]** 9/2 9/14
10/18 15/5 17/13 31/20
33/9 35/4 37/18 52/17
53/1
**began [2]** 21/23 39/13
**begin [1]** 55/4
**beginning [2]** 30/3
30/14
**behalf [5]** 3/10 3/12
34/19 62/23 62/25
**behavior [4]** 31/25
35/21 37/12 37/19
**behind [1]** 27/14
**being [8]** 7/20 8/13
12/10 13/10 30/15 31/3
45/6 62/14
**believe [8]** 13/9 37/17
44/22 53/9 56/7 56/8
61/22 62/7
**believed [4]** 29/14
29/14 47/11 47/24
**believing [1]** 30/20
**below [4]** 9/11 9/18
14/24 36/6
**bench [1]** 27/17
**benchmark [1]** 43/12
**benefit [1]** 52/5
**Bentley [1]** 34/24
**besides [1]** 31/22
**best [2]** 26/24 38/1
**beyond [1]** 46/23
**big [2]** 25/20 25/20
**biggest [2]** 24/15 26/18
**Bill [1]** 34/18
**birthdays [1]** 29/8
**blackjack [1]** 26/6
**board [5]** 21/3 21/6
22/14 22/17 23/21
**borrowed [1]** 22/21
**both [5]** 5/18 15/11
30/9 34/23 45/24
**brag [1]** 31/4
**brazen [1]** 40/8
**brazenly [1]** 41/16
**brazenness [1]** 34/13
**breath [1]** 57/14
**Brianna [3]** 29/4 29/13
34/20
**bridge [2]** 29/17 29/25
**briefly [3]** 15/4 15/8
16/16
**bring [2]** 25/13 26/25
**brother [1]** 24/14
**brought [3]** 20/24
27/15 35/11
**bucks [1]** 30/7
**built [1]** 30/9
**bunch [1]** 37/11
**BUNEVACZ [34]** 1/9
3/7 3/12 4/11 4/12 6/19
7/20 8/12 8/21 9/6 9/17
10/3 16/9 19/21 19/24
20/12 20/18 21/2 21/15

21/18 21/23 22/5 23/3
23/7 23/20 23/22 24/12
24/22 25/4 28/19 29/2
29/23 45/2 56/14
**Bunevacz's [5]** 15/19
17/10 19/11 23/17 45/8
**burden [2]** 42/12 42/16
**Bureau [8]** 50/13 50/15
54/8 54/23 56/15 56/20
61/12 61/15
**bus [1]** 30/7
**Bush [1]** 27/18
**business [15]** 20/23
23/6 24/13 25/3 25/9
33/7 33/19 36/15 47/9
47/22 58/21 58/23 59/4
59/6 59/20
**businesses [3]** 20/17
20/19 20/25
**businessman [2]** 25/2
34/11
**but [51]** 6/24 9/10
11/16 13/16 14/23
17/14 18/2 18/15 24/18
25/6 25/14 25/17 26/3
26/4 26/6 26/10 26/13
26/24 27/11 27/15
27/19 27/22 30/7 31/3
31/12 32/23 34/4 34/8
37/13 37/15 37/22 38/1
38/24 41/6 42/13 44/2
48/2 48/17 49/8 49/21
51/22 52/8 52/21 52/25
53/25 55/2 56/6
**buy [3]** 31/5 33/25
59/18
**buying [1]** 22/10
**buys [1]** 47/4

**C**

**C.C [1]** 32/8
**C.W [1]** 10/24
**CA [2]** 1/23 3/1
**calculated [3]** 13/25
43/21 50/21
**calculates [1]** 13/23
**calculating [1]** 48/22
**calculation [2]** 5/11
16/6 43/9
**calculations [1]** 43/23
**CALIFORNIA [7]** 1/2
1/16 2/5 2/8 28/18 56/2
56/9
**call [1]** 37/4
**called [3]** 24/14 35/19
36/11
**calls [1]** 58/24
**came [4]** 20/21 26/7
32/13 35/6
**can [10]** 3/18 8/3 10/16
30/25 32/23 37/24 52/9
53/16 56/6 62/7
**can't [1]** 7/13

**C**

Canada [1]  19/19
Canadian [4]  22/22
23/1 23/10 31/16
candidate [1]  14/4
candidates [1]  51/7
cannabis [2]  20/16
22/7
cannot [2]  47/19 48/8
CAO [1]  43/1
capable [2]  37/13
37/14
capacity [2]  34/13
58/17
capital [1]  23/25
capture [1]  48/18
captured [1]  47/19
cardiologist [2]  8/22
9/1
care [10]  9/8 26/22
26/23 27/20 27/21 28/2
28/13 30/14 33/22 58/6
cared [3]  30/21 33/14
37/20
cares [1]  37/20
cars [1]  33/15
case [32]  3/6 5/22 5/25
6/3 6/4 7/16 8/6 8/11
10/19 14/2 14/3 14/15
14/24 15/18 15/21 16/4
16/5 16/9 16/21 17/1
17/6 24/21 39/5 39/11
40/18 42/1 45/6 45/11
45/20 47/14 50/4 62/18
Case No. CR
22-175-DSF [1]  3/6
cases [1]  48/6
casinos [1]  26/7
categories [1]  41/5
category [13]  15/25
40/13 41/9 41/22 42/5
42/8 43/8 43/16 44/11
44/12 50/22 52/17
53/11
caught [4]  27/5 27/6
27/8 45/3
caused [8]  23/19 32/2
36/3 36/22 37/11 45/13
46/16 48/4
causing [1]  45/5
CB [2]  19/22 21/4
CBD [3]  21/16 22/7
22/13
Celebrated [1]  29/7
cellphones [1]  59/23
centered [1]  30/21
CENTRAL [1]  1/2
cents [1]  47/20
CEO [1]  19/18
certain [1]  22/10
certainly [8]  5/15 10/9
10/11 11/6 16/14 17/23 34/9
40/9 50/7

CERTIFICATE [1]  64/1
certify [1]  64/3
challenges [1]  30/9
chance [3]  24/7 27/24
53/1
change [2]  5/1 37/22
changed [1]  27/8
changes [1]  61/16
changing [1]  31/17
character [2]  33/3 51/3
characteristics [2]
44/4 45/8
charge [2]  38/22 41/15
charged [3]  8/13 38/15
45/6
charges [1]  38/19
Charlotte [2]  28/17
29/3
charm [1]  26/15
charming [1]  35/1
check [1]  37/1
checkups [1]  9/3
Chicago [1]  29/7
children [1]  30/15
children's [2]  30/24
42/22
China [2]  21/24 24/12
chipped [1]  31/10
Christ [1]  30/22
cigarette [2]  29/17
31/14
Circuit [4]  6/3 6/8
40/20 51/6
circumstance [1]
45/15
circumstances [8]  6/2
7/7 23/8 44/3 45/9
46/13 55/7 62/1
cited [2]  10/15 10/22
citizen [1]  46/17
city [1]  31/15
civilly [1]  24/24
claimed [1]  47/10
claiming [2]  6/6 11/15
claims [1]  7/12
Clarita [1]  28/18
class [3]  16/22 25/23
28/24
classes [1]  28/24
clear [5]  6/1 15/13 18/4
25/16 42/3
clearly [1]  42/16
Clerk [1]  62/24
clerk's [1]  54/17
client [2]  4/2 59/4
close [3]  28/21 34/20
47/25
closely [2]  40/5 46/9
closet [1]  31/7
closing [1]  22/13
clothes [1]  31/8
cloud [1]  59/25
Club [1]  28/20
CM [1]  1/21

Code [4]  44/2 54/1
55/13 64/4
cold [1]  58/24
coldheartedness [1]
34/2
collapse [1]  6/12
collection [1]  58/15
collectively [1]  36/3
college [1]  42/22
come [2]  3/3 51/12
comes [1]  27/19
comfortable [1]  28/14
coming [1]  37/16
commencement [1]
55/5
comment [1]  45/18
commentary [3]  5/25
16/1 18/6
Commerce [1]  23/1
commission [3]  40/7
61/12 61/18
commit [5]  12/18 40/15
41/11 41/22 42/1
Commitment [1]  61/11
committed [2]  44/11
56/14
committing [4]  12/5
12/5 40/25 51/4
communications [1]
59/23
community [3]  38/24
58/7 58/11
companies [2]  19/14
23/7
company [24]  7/13
19/5 19/19 19/20 19/23
19/25 21/3 21/11 21/14
22/15 23/3 23/5 23/9
23/9 23/11 23/14 23/22
24/1 31/14 31/16 32/14
35/5 35/25 47/16
company's [1]  20/3
22/16 22/19
comparable [1]  16/1
compared [1]  31/12
compares [1]  14/14
comparing [1]  49/19
comparison [3]  49/21
49/23 49/24
compassionate [1]
32/19
compels [1]  45/15
complete [5]  21/19
22/8 23/3 32/24 61/14
completed [1]  22/10
Completely [1]  32/13
completing [1]  21/1
complex [1]  24/22
complied [1]  51/20
comply [3]  53/25 55/15
57/2
components [1]  22/6
computers [1]  59/23
concern [1]  37/12

concerned [1]  35/21
concerning [1]  20/3
concerns [3]  4/6 50/16
51/9
conclude [2]  17/23
52/13
concluded [2]  14/1
63/12
concludes [4]  13/21
40/10 45/12 46/11
conclusion [2]  12/23
46/7 51/23
conclusory [1]  17/15
concrete [1]  7/2
concurrently [2]  56/18
56/25
condition [7]  31/6
50/12 56/5 59/16 60/6
60/7 60/10
conditions [2]  57/1
57/5
conduct [23]  12/20
12/24 13/7 13/15 15/14
15/19 39/5 39/6 40/3
40/4 40/8 41/2 41/17
41/20 42/6 44/7 45/4
46/2 46/9 46/15 47/8
47/19 50/25
conducted [3]  19/23
60/1 60/8
Conference [1]  64/9
conferred [1]  53/5
confidence [1]  25/7
confident [1]  46/6
confidential [2]  54/18
61/17
conformance [1]  64/8
Congress [1]  50/4
connection [1]  44/20
conniving [1]  33/2
consent [1]  60/23
consequences [3]
6/25 30/6 48/11
Consequently [1]
32/15
consider [7]  6/1 12/14
13/17 37/23 42/15
46/17 50/19
considerable [1]  23/18
considerably [1]  42/4
consideration [1]  37/4
considered [10]  3/21
3/23 7/14 12/10 16/13
16/15 39/20 48/21
52/16 56/20
considering [5]  9/15
42/5 44/1 44/9 44/16
considers [1]  44/15
consistently [1]  37/9
consists [2]  56/17
56/24
constitute [1]  45/23
consulting [1]  43/13
contain [1]  60/11

contemplated [1]  40/8
contends [4]  39/19
40/12 40/23 42/9
contents [1]  4/4
contest [2]  4/25 12/22
contesting [1]  8/17
14/10 16/9
continuation [1]  46/1
continue [3]  30/25
38/2 51/15
continued [6]  12/18
12/18 26/14 39/14
41/17 41/20
continuing [1]  42/1
contractors [1]  58/6
contracts [1]  31/15
contrary [1]  62/2
control [2]  58/18 60/1
controlled [1]  57/8
controls [1]  62/6
conversation [2]  35/15
37/1
conversations [1]  27/3
convertible [2]  21/5
22/14
convicted [1]  44/14
conviction [12]  12/1
13/4 13/13 15/16 39/17
39/20 40/2 40/4 40/17
46/16 61/21 62/4
convince [2]  35/24
47/8
convinced [2]  47/16
51/15
convincing [1]  44/25
cooperate [1]  58/15
copies [1]  61/16
copy [2]  61/14 61/18
Corp [1]  19/22
corporations [2]  7/9
7/10
correct [3]  43/6 52/20
64/5
corrupt [1]  30/25
cost [2]  58/5 62/20
costs [1]  23/12
could [13]  9/6 15/4
17/1 25/25 27/5 27/7
27/7 27/22 33/24 35/8
35/8 36/18 37/16
couldn't [2]  31/5 34/11
counsel [11]  3/13 3/18
8/13 52/25 53/3 53/5
55/25 57/21 61/2 61/19
62/23
counseling [1]  57/13
57/24 60/14
count [2]  12/1 28/9
counts [4]  56/14 56/17
56/24 61/5
course [3]  33/20 44/20
57/19
court [72]
Court's [9]  40/24 43/12

**C**

Court's... [7] 43/21
43/23 44/19 51/9 54/14
59/20 63/11

court-ordered [2] 58/6
59/15

Courthouse [2] 1/22
2/4

courtroom [1] 31/9

courts [1] 16/18

CR [2] 1/8 3/6

credibility [2] 20/21

credit [4] 14/9 22/22
22/24 22/25

crime [5] 12/19 43/18
49/20 51/5 51/10

crimes [12] 40/15
41/11 41/22 44/8 49/20
49/20 49/22 49/24
49/25 50/2 51/1 51/6

criminal [23] 1/12
11/24 12/13 12/17
15/24 31/4 40/12 40/14
41/1 41/4 41/8 41/10
41/23 42/7 43/8 43/15
44/7 46/16 50/22 50/25
51/19 52/16 53/10

criteria [1] 11/11

crook [1] 34/10

CRR [1] 1/21

CRR-CM [1] 1/21

CSR [3] 1/21 64/3
64/16

CUAUHTOMAC [1] 2/6

CUNEO [3] 1/21 64/3
64/16

current [2] 39/6 43/13

Curt [1] 33/9

Curt's [1] 33/7

custody [12] 3/13 8/23
9/5 38/24 39/3 43/16
50/13 55/1 56/15 57/9
58/18 60/25

customers [1] 58/24

**D**

DALE [1] 1/4

Danford [1] 28/15

dare [1] 36/13

dark [1] 36/25

Date [1] 64/10

daughter [7] 19/18
28/16 29/3 29/4 34/19
37/25 37/25

daughter's [1] 29/12

Dave [3] 29/3 29/15
31/4

DAVID [39] 1/9 2/7 3/7
3/12 3/14 19/11 19/17
19/20 19/24 20/11
20/12 20/18 20/20 21/2
21/15 21/18 21/23 22/5
22/12 23/3 23/7 23/16
23/20 23/22 28/19

28/22 29/5 30/2 30/5
30/23 31/21 31/24 32/9
32/12 33/8 34/23 35/4
35/15 56/14

David Bunevacz [13]
3/12 19/24 20/12 20/18
21/2 21/15 21/18 21/23
22/5 23/3 23/7 23/20
23/22

David Joseph [1]
56/14

David Wasserman [1]
3/14

David's [1] 31/2

day [6] 24/7 24/11
24/17 24/23 24/23
34/25

days [9] 22/12 22/18
28/22 35/3 38/23 55/4
57/9 62/14 63/1

deadly [1] 9/7

deal [4] 14/23 24/15
38/19 47/3

dealing [1] 6/10

deals [2] 29/17 34/11

debt [1] 21/5

debts [1] 23/9

decade [2] 25/12 46/15

December [2] 21/10
64/10

December 2018 [1]
21/10

decision [1] 20/12

declines [1] 40/11

deductions [1] 59/10

deem [1] 63/5

deep [1] 30/21

default [1] 55/12

defaulted [1] 20/23

defeating [1] 46/19

defect [1] 61/23

defendant [62] 1/10
2/6 3/25 6/5 12/16
12/25 14/7 14/9 14/12
38/13 38/15 39/8 39/12
39/15 39/18 39/21
39/24 40/9 40/15 41/11
41/14 41/16 41/25 42/7
42/9 44/4 44/8 44/12
44/20 45/1 45/18 46/14
48/5 50/12 50/17 51/1
51/4 51/12 52/6 54/3
54/10 54/19 55/11
55/15 55/17 56/13
56/19 56/22 57/2 57/7
57/12 57/20 57/21
57/25 58/5 58/9 58/12
59/6 59/21 60/4 60/9
60/25

defendant's [23] 3/25
11/21 11/24 40/4 40/14
40/18 41/3 41/10 42/3
42/19 45/12 45/25 46/3
47/19 49/13 50/6 50/11

53/11 55/2 55/7 58/19
59/21 60/20

defendants [2] 42/4
44/13

DEFENDER [1] 2/6

defense [6] 48/24
49/18 50/18 53/5 57/21
61/7

defraud [3] 39/13
46/18 51/13

defrauded [1] 49/12

defrauding [2] 39/10
44/22

degree [2] 14/23 17/20

delay [1] 10/25

delaying [2] 17/16
17/18

delays [4] 21/24 22/3
22/3 22/4

deliberate [2] 19/12
45/23

delinquency [1] 55/13

delivered [1] 21/13

delivery [3] 21/21 22/8
22/11

delve [1] 17/3

demonstrated [1]
12/17

demonstrates [1]
13/15

denies [1] 49/4

dentist [1] 33/16

depart [2] 40/17 51/19

department [2] 15/11
15/22

departure [9] 11/21
12/10 12/12 15/24
40/25 41/5 41/13 50/10
53/10

dependency [2] 57/24
60/21

depleting [1] 47/13

depressed [1] 48/10

DEPUTY [2] 2/7 2/7

described [6] 14/20
34/3 41/5 44/1 46/10
62/11

deserved [1] 33/25

designate [2] 63/2 63/4

designer [1] 31/7

desperate [1] 47/2

despite [1] 15/17

destroyed [1] 48/13

destruction [3] 14/6
14/21 32/2

detailed [3] 8/15 17/4
42/17

details [3] 20/8 26/4
30/2

detention [1] 12/7

determination [3]
43/25 48/16 54/14

determine [1] 57/25

determined [1] 21/8

determining [2] 11/3
42/15

deterrence [3] 44/7
50/25 51/7

devastation [2] 45/5
48/18

devices [1] 59/24

diagnosed [1] 8/21

did [29] 4/4 4/5 4/12
4/15 4/20 4/22 4/23
14/9 24/13 24/25 25/10
25/17 25/17 27/6 27/18
33/15 34/4 35/2 40/9
42/24 43/4 44/21 44/24
45/7 49/8 49/10 49/13
51/19 52/6

didn't [10] 25/24 27/8
31/11 31/21 33/10 35/6
37/13 37/14 37/15
37/15

difference [1] 17/20

different [6] 6/10 17/6
24/12 24/19 34/10
34/12

differently [2] 13/24
27/7

difficult [1] 51/11

diligence [6] 19/23
21/1 21/6 21/14 29/20
46/20

dipped [1] 29/22

direct [1] 49/8

directed [6] 57/11
57/15 58/4 58/9 59/6
60/14

director [2] 19/18 58/2

Directors [1] 21/3

disagree [1] 13/8

disagreement [1]
48/20

disagrees [1] 49/4

discharged [2] 58/2
60/15

disclose [1] 60/18

disclosure [1] 60/22

discover [1] 51/12

discuss [1] 6/22

discussed [2] 9/9
22/13

discussion [1] 22/20

dishonest [1] 45/20

dismiss [1] 61/4

disparities [1] 44/13

dispensaries [1] 20/17

dispute [3] 5/11 18/1
39/18

dissuade [1] 51/3

distress [2] 16/24 36/2

distressed [1] 6/5

distributor [1] 20/8

distributors [3] 21/20
22/8 22/10

district [4] 1/1 1/2 3/4
24/18

DIVISION [1] 1/3

DNA [1] 58/15

do [34] 4/6 4/8 4/9 4/17
11/18 14/8 17/7 18/13
25/17 27/5 27/11 28/1
28/2 32/3 33/12 33/23
33/24 34/11 35/12
35/18 40/24 44/21 46/8
48/17 51/2 51/15 51/16
51/22 55/7 56/4 59/18
62/10 62/15 62/23

documents [4] 4/2
4/13 25/17 46/22

does [18] 12/1 18/14
39/18 41/4 41/6 41/22
43/3 43/20 43/22 45/18
49/18 49/23 50/11 51/8
53/3 55/11 59/9 61/2

doesn't [3] 9/7 12/22
28/13

doing [3] 24/25 27/22
29/1

dollar [1] 31/9

dollars [5] 22/22 25/18
36/23 47/15 47/20

don't [21] 9/22 15/2
17/22 18/1 18/7 18/11
18/19 26/5 26/22 27/10
27/11 27/18 27/21
27/24 28/13 31/22 34/3
34/6 37/22 44/22 52/12

done [4] 25/3 26/3 27/7
35/16

doubt [1] 40/7

down [3] 26/6 27/19
37/16

downward [3] 14/4
48/24 51/19

draw [1] 10/16

driving [2] 33/14 34/24

dropped [1] 38/20

drug [7] 49/20 56/20
57/8 57/10 57/22 57/24
60/20

drugs [2] 57/17 58/1

DSF [2] 1/8 3/6

due [11] 19/23 21/1
21/6 21/14 29/20 31/6
46/20 54/4 54/6 54/14
54/21

duplication [1] 49/17

duplicative [1] 49/2

during [8] 39/16 54/6
54/21 55/3 57/17 57/19
58/6 58/11

**E**

e-cigarette [2] 29/17
31/14

each [11] 6/2 11/15
17/4 17/8 37/3 37/7
37/8 54/15 54/19 56/17
56/24

earlier [1] 30/17

**E**

early [2] 50/6 52/9
earn [1] 46/23
easily [1] 42/13
East [1] 2/8
easy [1] 35/1
economic [3] 14/21 51/6 55/7
edition [1] 43/13
education [1] 42/22
efforts [1] 41/18
egregious [1] 40/8
egregiously [1] 41/16
eight [2] 8/23 57/10
either [3] 53/3 55/8 61/2
electronic [1] 59/23
Eleventh [1] 51/6
else [16] 18/18 18/18 24/5 28/6 32/7 33/6 34/17 35/2 36/25 37/2 37/5 37/13 37/16 37/18 38/10 59/18
email [1] 59/24
embarrassed [1] 48/8
emerging [1] 29/19
emotional [4] 5/18 6/23 18/2 48/3
employed [3] 58/17 59/8 59/8
employee [1] 58/21
employer's [1] 58/19
empty [1] 22/9
encouraged [1] 42/23
end [11] 8/19 9/11 9/18 13/20 13/20 14/1 20/24 21/13 48/23 51/17 51/23
ended [1] 24/25
endured [2] 5/18 18/2
enforceable [1] 62/5
enforcement [1] 60/2
engage [2] 46/25 58/20
engaged [1] 46/14
engaging [1] 58/25
enhancement [18] 6/16 7/4 7/14 11/20 12/22 13/18 18/8 38/14 39/21 40/11 42/10 43/5 46/23 48/1 49/10 49/14 49/16 52/20
enhancements [4] 6/9 48/15 48/19 53/21
enormity [1] 44/17
enough [4] 4/1 17/22 24/21 33/16
enter [1] 50/9
entered [4] 7/13 8/12 62/3 62/14
entire [7] 6/19 16/22 17/12 31/3 31/17 32/13 42/23
entirely [2] 48/2 52/2

entities [1] 47/23
entitled [1] 64/7
entourage [1] 46/24
entrepreneur [1] 29/19
equivalent [1] 53/1
escalated [1] 41/21
especially [3] 9/6 9/12 44/2
established [3] 44/10 50/3 55/17
estimate [1] 16/19
ESTRADA [1] 2/2
ethical [1] 36/14
ethics [1] 38/6
evaluation [1] 60/13
even [18] 9/2 10/20 12/17 17/18 25/24 26/22 32/24 35/11 42/1 42/5 46/15 46/19 48/4 48/10 49/14 50/21 52/12 52/16
event [1] 14/19
eventually [1] 21/16
ever [5] 8/15 9/17 14/12 34/4 45/1
every [6] 9/3 11/15 28/23 34/25 35/25 37/3
everybody [2] 32/2 37/2
everyone [6] 14/22 18/19 35/2 36/14 37/5 37/18
everything [7] 24/13 24/16 25/8 30/5 32/21 33/3 37/7
evidence [3] 20/20 50/7 60/11
evil [1] 37/12
exactly [1] 12/11
example [3] 6/4 17/18 50/4
examples [1] 7/2
exceed [1] 57/10
exceeds [1] 62/9
excellent [1] 49/18
except [1] 30/7
exception [1] 43/7
exceptions [1] 62/13
exchange [1] 38/20
exclusively [1] 44/3
excuse [2] 12/7 47/5
excuses [2] 21/24 22/2
Exhibit [1] 8/24
Exhibit D [1] 8/24
expect [1] 14/15
expense [1] 62/19
expenses [1] 23/14
expensive [1] 31/5
experience [1] 19/17
explain [2] 4/4 4/20
explained [1] 24/19
explicitly [4] 10/20 11/2 13/13 13/16
express [1] 58/24

extent [6] 11/18 13/23 48/17 48/21 62/11 62/12
extravagant [1] 47/7
extremely [5] 45/9 45/15 46/14 46/19 47/7

**F**

face [1] 48/8
facilitate [1] 60/19
facilities [1] 50/15
facility [3] 31/15 55/25 56/6
fact [11] 11/12 11/25 13/13 13/15 14/9 14/11 20/6 20/13 20/22 35/13 63/3
factor [2] 12/11 50/10
factored [2] 16/5 53/21
factors [10] 8/5 8/10 11/2 42/15 44/1 48/14 48/20 49/3 50/19 52/4
facts [3] 6/9 6/15 44/1
factual [4] 8/15 13/14 28/10 51/21
failure [3] 8/22 45/25 60/3
fairly [1] 51/15
faith [3] 30/12 30/16 30/22
fall [2] 26/15 28/20
falling [1] 31/2
falls [1] 7/23
false [2] 38/16 38/17 45/19
falsely [1] 6/6
families [2] 26/17 29/6
family [16] 25/21 26/18 28/21 29/2 29/5 29/23 30/11 30/21 31/3 31/18 35/25 47/3 47/6 47/25 48/8 48/12
fancy [1] 33/15
far [2] 9/16 46/23
fast [1] 28/25
father [3] 10/25 32/11 32/17
FCC [1] 43/1
fearful [1] 37/16
federal [3] 2/6 15/20 45/24
fee [1] 62/21
feeling [1] 36/17
feelings [1] 27/15
fees [1] 23/13
fell [1] 24/16
felt [2] 22/15 29/18 36/10 37/20
few [4] 7/2 9/3 32/12 62/13
fictitious [2] 22/1 23/4
file [2] 7/11 63/5
filed [2] 24/24 62/13
filing [1] 62/21

filings [1] 35/18
fill [1] 22/9
filming [1] 29/13
final [2] 27/13 53/1
finally [3] 9/9 35/16 35/19
financial [38] 5/13 5/18 5/19 6/12 6/18 6/25 7/5 10/14 11/3 11/13 16/16 16/19 16/24 17/5 17/8 17/24 18/2 18/6 20/1 36/23 38/4 42/11 42/15 42/20 43/2 43/4 48/1 48/7 48/18 49/1 49/9 49/25 50/2 51/10 53/19 54/8 54/23 59/14
financially [1] 30/10
find [6] 20/21 32/13 43/6 50/11 51/25 53/24
finds [5] 42/7 48/20 50/20 55/7 55/17
fine [4] 19/6 32/23 36/9 55/18
fines [1] 55/16
Fiona [1] 34/19
first [5] 1/22 1/22 34/20 40/10 53/7
Fiscal [1] 54/17
FISCHER [1] 1/4
fit [1] 41/4
fitting [1] 41/6
five [8] 5/13 10/14 10/19 11/12 16/20 17/23 28/21 42/11
flashiness [1] 34/23
flaunted [1] 47/7
flying [2] 25/20 29/12
following [3] 37/4 53/24 57/1
foot [1] 29/23
foreclosure [1] 17/3
foregoing [1] 64/5
forfeiture [1] 55/19
forged [1] 46/22
form [2] 16/10 39/16
Forma [1] 62/21
format [1] 64/7
formed [1] 46/22
forth [3] 26/13 54/12 57/5
fortunate [1] 32/22
forward [1] 29/21
forwarded [1] 54/16
fought [1] 24/24
foundering [1] 47/4
four [3] 23/16 28/22 51/25
four-level [1] 51/25
frankly [1] 9/6
fraud [15] 7/19 8/14 19/11 20/20 21/21 23/17 31/17 44/17 45/13 45/24 46/5 46/25 47/2 48/18 51/10

fraudulent [10] 20/2 20/9 20/11 21/17 23/8 39/6 39/7 41/20 42/19 46/15
fraudulently [2] 45/10 46/1
freedom [1] 32/3
friend [5] 11/23 32/20 33/20 34/1 47/12
friends [7] 24/13 28/22 28/25 34/20 47/25 48/8 48/13
friendship [1] 29/15
frustrating [1] 38/5
fulfill [1] 21/12
fulfilling [1] 21/25
full [2] 8/14 16/12
fully [2] 48/17 50/3
fund [2] 42/22 43/19
fundamental [1] 61/23
funding [1] 23/4
funds [7] 21/11 39/9 45/11 45/21 46/1 58/19 58/23
further [10] 9/17 15/1 17/9 44/8 51/1 59/3 60/22 61/2 61/7 63/7
furthermore [3] 8/21 16/2 16/7
future [2] 30/24 55/8

**G**

G.H [2] 7/15 10/21
gaining [1] 35/8
gains [1] 59/14
gambling [3] 26/2 26/3 60/13
gave [3] 23/22 33/19 36/5
Gene [1] 24/9
general [4] 51/7 55/16 57/4 57/6
generally [4] 6/15 19/7 49/25 62/5
gentleman [2] 30/17 31/20
George [6] 6/4 7/5 10/15 16/18 18/3 27/17
get [9] 4/12 18/19 24/17 27/6 27/8 31/5 31/11 36/13 50/8
gets [1] 61/18
getting [2] 9/4 35/17
gift [1] 31/24
give [7] 18/17 26/23 27/2 31/24 32/1 56/4 59/19
given [9] 7/23 10/17 13/9 17/6 17/6 17/17 20/6 22/2 32/3
giving [2] 24/6 38/4
gloss [1] 18/5
gmail.com [1] 1/24
go [5] 5/14 19/10 26/11

**G**

**go...** [2] 31/16 53/16
**goes** [1] 45/24
**going** [13] 14/12 18/24
22/15 27/2 32/23 36/6
36/9 36/10 36/25 37/9
37/24 56/5 59/1
**good** [16] 3/9 3/11 3/15
3/16 3/17 14/4 18/20
18/21 31/25 32/20 34/1
34/11 35/7 41/21 50/4
51/3
**got** [8] 24/15 24/23
27/5 29/18 31/8 35/13
35/23 38/2
**government** [37] 6/15
8/8 8/18 10/6 10/23
11/5 11/15 11/20 12/3
12/22 13/19 13/22
13/24 16/17 38/13 39/8
39/19 40/12 40/16
40/23 41/8 41/24 42/12
42/16 43/20 43/23 47/1
47/18 50/23 51/2 51/17
51/20 52/7 53/6 53/7
61/4 62/19
**government's** [7]
13/25 15/9 40/21 49/1
51/21 51/22 52/19
**grabbing** [1] 28/24
**grand** [1] 38/16
**Granted** [1] 61/6
**great** [3] 14/23 33/17
33/19
**greater** [2] 53/25 55/3
**greatest** [1] 49/15
**grew** [2] 25/23 29/2
**gross** [1] 55/2
**grounds** [2] 49/2 60/3
**Group** [1] 19/22
**groups** [1] 30/18
**guaranteeing** [1] 21/21
**guess** [3] 27/3 31/19
34/1
**guideline** [11] 5/25
8/19 12/25 13/21 15/13
39/21 41/12 43/16
46/10 50/20 51/24
**guidelines** [35] 5/11
5/21 7/18 7/25 8/9 9/10
9/12 9/16 9/18 10/7
12/2 12/11 12/13 13/24
14/14 14/24 16/2 16/4
17/10 17/19 17/25 18/5
40/19 40/24 41/5 43/10
43/11 43/14 43/21
48/17 48/20 50/9 50/18
51/18 52/18
**guilty** [5] 8/12 31/3
39/11 61/22 61/24
**gunpoint** [1] 14/18

**H**

**had** [41] 4/1 6/5 7/10

14/17 15/14 20/12
20/14 20/18 20/22
20/23 22/6 22/20 23/23
25/2 25/3 25/18 25/19
26/19 27/3 29/22 30/8
30/21 31/15 32/9 32/10
34/8 35/14 35/16 35/24
36/2 36/2 36/3 36/17
36/18 36/22 37/2 37/6
39/15 40/8 45/4 47/16
**half** [1] 23/2 31/8
**hallway** [1] 9/25
**Hammet** [1] 24/9
**hand** [2] 26/6 26/8
**handle** [1] 25/18
**hands** [2] 19/17 33/9
**hanging** [1] 16/10
**happened** [4] 26/10
26/10 26/20 48/7
**happy** [1] 6/20
**harbor** [1] 43/5
**hard** [1] 32/24
**hardship** [19] 5/13
5/20 6/18 7/4 7/6 10/14
11/3 11/13 16/16 16/19
17/24 18/6 25/11 42/11
42/16 43/2 49/1 49/9
53/19
**harm** [11] 5/17 6/23
18/2 23/24 24/25 36/23
48/2 48/4 48/6 48/7
48/11
**harshest** [1] 9/16
**has** [45] 6/21 8/1 8/21
9/17 9/21 9/23 10/18
10/25 11/25 12/16
13/24 14/1 14/7 14/22
14/25 15/18 15/20 17/9
18/9 23/16 23/18 23/24
26/2 27/15 28/2 31/8
33/12 34/13 37/18
39/11 40/20 42/16
44/20 44/22 45/1 48/19
50/15 51/12 51/20
55/17 55/19 57/25 58/9
58/18 60/9
**hasn't** [2] 8/22 9/1
**have** [48] 3/23 4/1 4/3
4/6 5/18 5/19 5/24
11/19 14/19 14/19
14/23 14/25 15/14
15/19 17/22 17/24 18/1
20/6 20/24 23/11 23/23
27/7 27/8 31/10 33/4
34/9 34/9 40/9 42/6
43/3 43/20 45/5 45/20
46/8 47/4 47/14 48/12
48/14 52/20 53/1 55/11
61/2 61/20 61/21 61/25
62/3 62/10 62/23
**haven't** [1] 7/9
**having** [5] 6/17 15/21
46/5
**Hayca** [2] 19/18 19/21

he [126]
**he'll** [3] 27/9 32/3
33/12
**he's** [12] 8/17 8/23
14/10 26/3 32/3 34/10
34/10 34/14 35/7 35/7
55/17 59/18
**head** [1] 16/11
**hear** [3] 14/5 35/8
37/17
**heard** [2] 32/7 33/6
**hearing** [3] 1/19 15/21
34/22
**heart** [3] 8/22 9/3 31/6
**heartbreaking** [1]
47/22
**held** [2] 20/24 64/6
**Hello** [1] 28/12
**help** [1] 47/3
**helped** [1] 37/17
**her** [24] 31/5 34/24
36/23 36/23
**here** [24] 5/11 6/10 8/9
9/10 12/9 12/15 13/21
14/17 14/23 15/2 16/2
17/7 18/1 18/7 18/14
19/7 27/18 34/19 39/5
40/10 41/12 42/13 48/7
49/7
**hereby** [1] 64/3
**Hey** [1] 35/19
**Hi** [2] 32/8 34/18
**high** [3] 9/11 48/23
49/6
**highly** [1] 14/12
**him** [43] 4/4 24/14
24/15 25/5 25/19 25/20
26/15 26/23 26/23 27/2
27/4 27/21 27/22 28/19
30/17 32/1 32/10 33/8
33/14 33/14 33/18
33/18 33/20 33/24 34/1
35/12 35/12 36/7 36/13
36/9 45/11 46/2 46/16
46/25 47/23 47/24
47/24 47/25 50/7 56/6
59/17 59/19 59/19
**himself** [4] 25/18 41/19
47/6 51/12
**his** [58] 4/6 7/23 9/2
9/3 10/25 10/25 11/1
12/1 14/9 16/11 16/12
19/17 19/24 20/20
20/21 20/23 23/3 23/7
24/14 25/20 26/3 26/15
28/19 31/6 31/17 32/11
32/11 34/14 34/24 35/9
35/25 36/12 36/22
36/24 37/25 39/12
39/12 39/17 41/17
41/19 41/20 41/23
41/25 44/21 45/4 45/16
45/19 47/2 47/6 47/6
47/9 47/16 47/22 47/25

52/6 56/5 59/25 60/10
**history** [19] 11/22
11/25 12/13 15/25
40/13 40/14 41/4 41/9
41/10 41/23 42/7 43/8
43/16 44/4 45/8 50/22
51/19 52/16 53/11
**hit** [1] 14/21
**Holding** [1] 19/22 21/4
**holidays** [1] 29/7
**home** [2] 22/22 22/23
**homeless** [1] 30/6
**homeowners** [1] 6/5
**homes** [2] 6/8 47/13
**honest** [1] 41/18
**honestly** [1] 44/23
**Honor** [45] 3/9 3/11 4/3
4/14 4/16 4/19 4/22
4/24 5/3 5/6 5/10 5/14
5/17 8/4 9/9 10/5 10/8
10/13 11/18 13/8 15/4
15/8 16/17 18/13 18/20
24/2 24/6 26/25 28/7
28/12 31/19 32/5 32/8
43/22 53/6 53/14 53/17
55/21 56/1 56/7 61/3
61/8 62/16 63/8 63/9
**HONORABLE** [1] 1/4
**hope** [3] 27/24 27/25
28/1
**horse** [2] 29/12 35/3
**hour** [1] 36/11
**hours** [3] 29/1 35/2
38/23
**house** [4] 30/18 33/23
33/25 59/22
**how** [22] 4/9 13/24
25/17 25/25 26/22
26/22 27/7 27/7 27/22
30/3 30/5 30/6 30/8
31/4 31/21 31/22 32/14
32/18 33/14 36/13
36/21 37/22
**however** [7] 5/19 6/10
7/13 14/3 40/23 52/5
59/18
**hundred** [4] 21/25
36/22 46/6 49/11
**hundreds** [1] 19/14
**hung** [1] 28/22
**hurt** [1] 34/14
**hurts** [1] 25/6

**I**

**I'd** [2] 19/16 35/21
**I'll** [5] 5/14 10/21 36/8
53/7 56/10
**I'm** [16] 3/13 6/20 7/14
8/1 18/9 18/24 26/11
32/8 34/5 34/18 35/20
43/12 44/1 44/9 51/15
59/1
**I've** [7] 3/20 8/15 26/4
27/22 33/13 34/3 34/4

**I.C** [1] 33/7
**identified** [1] 10/20
**identity** [1] 28/9
**if** [40] 5/14 6/21 9/7
9/23 10/7 10/20 12/25
17/18 18/14 18/15
18/17 18/25 29/16
29/17 32/2 33/12 34/4
34/8 39/23 40/7 45/4
48/25 52/19 53/9 54/19
54/25 56/2 56/5 57/25
58/9 59/18 61/19 61/21
61/23 62/1 62/6 62/17
62/20 62/23 62/24
**II** [4] 42/8 43/16 50/22
53/11
**illicit** [1] 57/16
**immediate** [1] 55/8
**immediately** [2] 45/6
54/5
**impact** [11] 3/24 10/24
11/4 11/7 11/9 11/16
15/14 17/8 17/10 26/17
26/18
**impacted** [1] 42/19
**impede** [1] 13/2
**impeded** [2] 13/1 39/24
**Imperial** [1] 23/1
**implore** [1] 31/24
**important** [6] 9/23
16/22 30/12 36/3 36/12
36/21
**importantly** [2] 30/8
52/8
**impose** [5] 8/19 40/11
40/22 40/24 52/24
**imposed** [4] 53/2 53/4
53/15 53/19
**impressed** [1] 34/23
**imprisonment** [3] 54/7
54/22 56/22
**inability** [1] 16/12
**incarcerated** [1] 9/14
**incarceration** [1] 16/15
**include** [4] 49/13 57/24
60/13 63/6
**included** [6] 10/21
10/22 19/23 22/3 40/9
61/10
**includes** [3] 13/12
57/14 61/15
**including** [7] 17/14
19/13 21/7 48/15 49/19
50/2 57/4
**income** [3] 39/16 55/2
59/13
**incorrectly** [1] 42/10
**increase** [2] 22/24 43/7
**increased** [1] 40/6
**increasingly** [1] 9/4
**indeed** [2] 49/11 59/17
**indicated** [1] 50/20
**indication** [1] 41/21
**Indictment** [6] 7/16

**I**

Indictment... [5] 13/14
56/15 56/18 56/25 61/5
individual [7] 5/23 6/2
7/7 7/12 13/11 17/5
47/16
individualized [1]
43/25
individuals [4] 11/12
14/19 47/11 47/23
industry [1] 29/20
inferences [1] 10/16
information [6] 17/22
21/2 21/7 42/18 43/4
45/19
inherent [1] 52/11
inheritance [1] 59/13
initial [1] 43/12
initials [4] 18/17 18/22
24/8 28/12
inkling [1] 15/19
Inmate [2] 54/8 54/23
insolvent [1] 7/10
instance [2] 12/16
55/22
instant [10] 12/5 13/3
13/7 13/8 13/16 15/15
36/5 39/20 40/1 40/25
instead [1] 12/3
instrument [1] 21/5
insurance [2] 31/6
46/25
integrity [1] 51/4
intended [1] 49/5
intention [1] 44/23
interest [6] 20/19
20/22 23/2 55/10 55/12
61/3
interested [1] 29/16
interpretive [1] 18/5
intimate [1] 30/2
intimately [1] 29/5
introduced [1] 19/20
invest [5] 19/22 35/5
35/25 42/23 47/17
invested [1] 32/19
investigation [4] 13/3
15/14 15/20 40/1
investment [6] 22/16
22/19 29/16 29/24
35/18 58/22
investments [1] 7/1
investor [2] 20/16
46/25
investors [7] 6/11
21/18 39/10 46/19
46/20 47/9 49/11
involuntary [1] 61/23
involved [2] 31/3 36/13
involving [2] 58/21
58/23
irreparable [1] 48/11
is [155]

**J**

isn't [2] 12/9 13/6
issue [4] 16/25 20/11
40/21 41/12
issued [1] 15/10
issues [2] 47/3 62/5
it [67]
it's [21] 12/11 13/7
13/9 13/16 14/11 16/14
25/16 26/7 26/9 26/16
26/24 27/5 27/25 31/12
32/24 33/2 34/5 38/3
44/17 49/2 56/13
its [12] 8/9 8/18 11/6
11/20 19/14 23/6 23/11
42/16 49/19 51/20
51/21 53/8
itself [2] 7/6 18/6

**J**

jail [6] 20/15 27/2
38/23 39/9 45/14 46/16
JAMES [2] 2/7 3/12
James Threatt [1] 3/12
January [1] 21/23
January 2019 [1] 21/23
Jessica [12] 28/20 29/3
29/5 29/13 30/2 30/5
30/18 30/23 31/4 31/8
31/21 34/24
jewelry [1] 31/5
job [3] 28/1 37/1 49/18
joined [2] 3/13 20/16
JOSEPH [3] 1/9 3/7
56/14
journey [1] 30/4
JPV [1] 43/1
judge [4] 1/4 45/25
46/2 46/7
judgment [4] 56/13
61/11 62/14 63/2
judgment's [1] 58/13
judgments [1] 59/14
Judicial [1] 64/8
just [30] 10/15 14/20
15/8 16/16 17/15 18/7
18/17 19/8 25/6 25/13
26/5 28/7 28/24 30/19
31/24 33/18 34/9 34/10
34/11 34/12 34/13 36/9
36/17 36/17 36/18 38/4
44/6 50/20 52/2 53/17
justice [9] 12/17 12/22
13/2 38/14 39/25 41/1
46/3 52/20 61/4
justifies [1] 50/12
justify [5] 6/16 16/15
17/9 48/22 50/3

**K**

keep [3] 18/17 30/20
45/11
kept [2] 31/17 39/9
kids [1] 29/2
kind [4] 6/11 7/3 9/7

36/5
kinds [2] 44/9 44/10
knew [1] 29/5 30/2
30/5 30/8 30/11 33/20
36/16 36/24 37/8 47/23
47/24
know [33] 9/9 17/2
25/15 25/18 26/11
26/12 26/22 27/10
27/11 27/18 27/24
29/18 31/19 31/21
31/21 31/22 32/18
32/22 34/4 34/25 35/12
35/19 35/21 35/22
37/13 37/14 37/15
37/15 37/22 38/1 38/4
38/5 53/3
knowing [1] 27/3
knowledge [2] 20/7
30/13
knowledgeable [1]
46/21
known [3] 32/9 33/8
33/14
knows [4] 13/19 32/4
36/25 53/6

**L**

lack [1] 6/15
lacking [1] 51/3
Lamborghini [1] 34/24
language [2] 12/25
16/17
large [4] 5/24 16/8
19/12 21/22
larger [2] 29/24 30/1
largest [1] 7/9
last [4] 8/23 32/11
32/12 35/14
later [4] 20/2 20/21
36/11 39/13
laughable [1] 30/16
lavish [1] 42/2
law [6] 5/25 44/6 45/24
46/17 60/2 62/2
law-abiding [1] 46/17
lawful [1] 39/16
lawyer [2] 20/3 20/7
lawyers [3] 19/7 23/13
37/10
learned [2] 20/13 35/21
learning [1] 19/21
least [14] 8/20 10/19
11/12 17/23 18/15
39/14 43/1 44/25 45/2
47/14 49/10 51/16 55/2
57/9
leave [1] 62/21
lectern [3] 3/19 5/14
10/10
legal [5] 5/10 5/20 8/2
18/3 20/2 20/10 20/11
20/12 20/14 21/6 35/18
53/1

legitimate [2] 31/14
35/10
lending [1] 23/11
less [3] 54/7 54/22
55/3
lesser [1] 49/25 51/2
let [2] 15/5 32/3
letter [2] 3/25 44/25
letters [5] 3/24 3/24
6/21 14/6 47/21
level [7] 7/23 8/6 13/4
16/6 34/2 34/10 34/12
38/14 40/5 42/10 43/15
46/11 49/13 49/21
49/22 50/10 51/25
51/25 52/17 52/21
52/22 52/23 53/10
levels [5] 13/5 40/6
46/9 48/25 52/16
liability [1] 20/13
lie [1] 30/25
life [15] 6/19 11/1 11/8
11/10 17/12 23/15
24/15 25/8 30/23 31/5
32/12 36/13 36/22
42/23 47/12
lifestyle [3] 33/15
42/21 47/7
light [2] 6/2 9/16
like [24] 5/4 5/6 6/25
10/3 13/10 14/18 19/16
23/15 24/5 27/1 27/4
32/7 33/1 33/6 34/7
34/17 35/2 35/9 36/1
36/20 37/4 38/10 53/14
55/18
likelihood [2] 40/15
41/11
likely [3] 27/1 41/22
55/18
limit [2] 22/16 40/24
limitations [1] 24/20
limited [1] 22/23
line [3] 22/22 22/24
22/25
lines [1] 13/12
Lisa [1] 34/19
list [3] 42/14 54/12
54/16
listed [2] 19/19 42/25
listened [1] 36/17
listing [1] 23/12
lists [1] 59/4
lit [1] 36/12
literally [1] 26/21
little [2] 30/25 51/3
live [2] 23/23 33/22
lived [1] 28/17
lives [18] 14/7 19/13
30/9 30/12 31/23 36/4
38/1 52/10
living [4] 31/1 33/15
38/1 42/21
loan [12] 6/6 21/8 21/8

21/19 21/22 22/15
22/15 22/17 23/3 23/20
29/17 58/21
loaned [1] 21/11 23/5
23/6
loans [2] 20/4 29/25
long [2] 37/19 51/18
longer [2] 16/15 20/22
look [1] 17/1
looked [2] 11/2 26/4
looking [2] 9/24 9/25
Los [6] 1/16 1/23 2/5
2/8 2/12 20/17
lose [2] 7/1 48/8
loss [10] 5/22 7/21
16/4 19/17 44/19 49/2
49/5 49/5 49/6 49/7
lost [21] 5/24 6/1 6/7
6/22 7/17 11/8 17/12
20/14 25/6 30/5 32/21
34/13 37/6
lot [3] 27/15 27/16
33/17
lotteries [1] 59/17
lottery [1] 59/13
love [4] 29/2 33/22
33/23 37/25
loved [2] 29/3 36/14
low [8] 8/19 9/11 9/18
13/20 13/20 14/1 51/17
51/23
low-end [5] 8/19 9/11
9/18 51/17 51/23
lower [2] 50/12 52/13
lunch [1] 28/24
lying [2] 37/8 37/9

**M**

made [8] 5/7 16/21
20/17 21/8 23/3 26/18
55/3 61/16
magnitude [1] 7/18
main [5] 5/10 6/3 7/5
maintain [1] 23/11
maintains [1] 53/8
majority [1] 6/7
make [5] 6/1 15/3
16/12 16/18 19/8 21/7
22/17 23/19 25/24
25/24 27/1 34/11 53/1
56/10 63/1
makes [2] 26/17 54/19
making [6] 21/22 21/23
39/17 41/18 43/25 56/2
malevolence [2] 36/6
36/21
malevolent [1] 37/12
Mammoth [1] 29/9
managed [1] 35/24
management [1] 58/18
manipulated [1] 30/13
manipulative [1] 33/2
manner [1] 60/8
manufacturing [1]
22/3

## M

**many [12]** 6/21 7/4 7/8 14/23 19/13 25/11 27/3 29/1 29/6 35/2 48/6 49/8
**March [1]** 22/5
**March 2019 [1]** 22/5
**marijuana [1]** 31/14
**mark [1]** 36/16
**marriage [1]** 23/18
**Marshal [2]** 50/14 61/1
**MARTIN [1]** 2/2
**massive [1]** 31/7
**material [3]** 43/7 45/23 46/3
**materially [1]** 45/19
**materials [1]** 61/17
**matter [7]** 14/11 20/10 20/13 28/13 35/9 52/9 64/7
**mattress [2]** 25/22 25/25
**maximum [3]** 31/25 50/3 52/1
**may [17]** 6/17 10/10 15/6 20/24 35/14 40/18 41/6 42/6 45/20 48/10 55/12 57/21 57/24 60/3 60/5 60/13 62/21
**Maybe [1]** 25/16
**me [27]** 12/7 18/23 21/18 22/12 23/10 23/19 24/6 24/14 24/14 24/19 24/22 24/25 25/6 25/9 25/14 25/25 26/9 26/19 27/14 29/22 29/25 33/16 33/19 34/5 36/5 36/12 53/14
**mean [3]** 34/5 35/7 43/3
**meaning [1]** 49/9
**means [3]** 46/18 46/23 46/24
**meant [1]** 42/21
**media [6]** 25/19 30/19 38/3 47/8 59/24 59/24
**medical [7]** 8/24 9/8 47/3 50/11 50/15 55/24 56/6
**medications [1]** 57/17
**medicine [1]** 32/18
**meet [1]** 42/20
**member [1]** 47/3
**menacingly [1]** 37/10
**mentioned [3]** 10/25 17/12 26/3
**mercy [1]** 32/25
**mere [1]** 47/20
**Meredith [4]** 28/16 28/19 30/3 30/8
**merely [1]** 11/16
**met [9]** 11/17 24/12 28/19 30/3 34/4 34/21

**mid [1]** 52/24
**mid-range [1]** 52/24
**middle [1]** 15/23
**midrange [1]** 52/18
**midst [1]** 39/6
**might [2]** 10/7 36/11
**million [15]** 21/4 21/9 21/10 21/19 22/9 22/14 22/15 22/19 22/21 22/21 23/5 25/9 26/13 31/9 47/15
**million-dollar [1]** 31/9
**millions [1]** 25/18
**mind [1]** 6/14
**misconduct [2]** 15/17 16/3
**missed [1]** 23/5
**misspoke [1]** 53/13
**mitigation [2]** 5/5 14/8
**modification [1]** 6/6
**moment [1]** 36/16
**Monday [1]** 1/17 3/1
**money [23]** 5/24 7/9 23/11 25/1 25/14 25/17 26/1 26/3 26/10 26/10 26/17 26/24 27/25 31/13 34/6 34/11 35/6 35/20 36/7 42/21 47/12 52/8 59/17
**monies [1]** 59/12
**month [2]** 32/11 57/11
**monthly [2]** 55/1 55/2
**months [14]** 8/7 8/23 9/19 26/21 32/12 43/17 43/23 52/1 52/18 52/24 53/8 53/12 56/16 56/17
**morally [1]** 30/20
**more [22]** 4/17 5/13 5/23 7/22 10/14 16/20 16/25 16/25 25/1 25/11 25/14 26/17 26/24 27/11 27/25 30/7 33/8 42/4 42/11 44/23 46/15 52/8
**morning [8]** 3/9 3/11 3/15 3/16 3/17 18/20 18/21 18/23
**mortgaging [1]** 47/13
**most [13]** 6/17 8/15 23/6 25/21 27/15 30/12 36/3 36/12 36/14 36/21 37/20 37/20 38/19
**motion [1]** 11/21
**move [5]** 3/18 8/2 8/3 29/20 52/9
**moves [1]** 61/4
**moving [1]** 11/20
**Mr [1]** 4/9
**Mr. [26]** 4/1 4/12 5/1 6/19 7/20 8/12 8/21 9/6 9/17 10/3 10/15 11/11 11/23 13/6 14/14 15/19 16/9 17/10 17/11 18/12

**24/22 25/4 29/3 45/2 45/8 55/20**
**Mr. Bunevacz [12]** 4/12 6/19 7/20 8/12 8/21 9/6 9/17 10/3 16/9 24/22 25/4 45/2
**Mr. Bunevacz's [3]** 15/19 17/10 45/8
**Mr. Dave [1]** 29/3
**Mr. Schwab [3]** 17/11 18/12 55/20
**Mr. Threatt [6]** 4/1 5/1 10/15 11/23 13/6 14/14
**Mr. Threatt's [1]** 11/11
**Ms. [1]** 29/3
**Ms. Jessica [1]** 29/3
**much [9]** 14/16 14/18 25/1 25/14 26/16 26/24 37/24 51/21 63/8
**multiple [1]** 35/3
**must [8]** 6/1 7/6 15/14 18/6 50/19 62/13 63/1 63/2
**my [72]**
**myself [2]** 19/13 25/7

## N

**name [5]** 4/9 22/23 28/13 28/15 34/18
**named [1]** 28/8
**naming [1]** 43/2
**narcotic [2]** 57/23 60/20
**narrow [1]** 5/20
**nature [5]** 14/15 17/7 44/3 45/9 46/13
**near [1]** 44/19
**nearly [2]** 45/14 48/13
**necessarily [3]** 46/8 49/22 49/24
**necessary [4]** 46/23 53/25 59/2 63/5
**need [12]** 4/17 9/23 12/14 22/14 35/20 35/20 36/7 44/4 44/12 44/15 47/2 49/6
**needed [6]** 22/8 22/23 22/24 23/25 26/23 35/18
**needs [1]** 9/8
**negatively [1]** 23/24
**never [6]** 9/13 24/23 34/3 35/13 36/18 38/1
**New [2]** 29/7 29/12
**New York [1]** 29/12
**next [3]** 28/21 30/12 40/12
**nine [1]** 25/3
**Ninth [3]** 6/3 6/8 40/20
**no [31]** 1/8 4/19 5/3 10/5 15/18 15/18 16/1 18/18 20/22 26/2 31/25 31/25 32/4 33/1 33/13 34/13 36/8 38/11 39/13

**39/15 49/16 52/5 53/7 53/25 55/21 55/21 58/9 58/10 63/8 63/9 64/16**
**No. [1]** 3/6
**nobody [1]** 36/25
**nominal [2]** 55/1 55/6
**non [1]** 22/2
**non-sale [1]** 22/2
**none [2]** 48/3 59/20
**nonexclusive [1]** 42/14
**nonviolent [1]** 9/13
**North [1]** 2/4
**not [85]**
**note [10]** 8/5 8/8 10/21 14/3 16/7 28/7 42/13 53/7 53/15 53/16
**noted [3]** 16/17 17/11 51/6
**notes [3]** 26/7 39/15 42/12
**nothing [2]** 14/25 61/7
**Notice [3]** 62/13 62/25 63/2
**November [3]** 1/17 3/1 21/9
**now [10]** 13/6 15/22 23/9 30/16 37/1 50/22 52/25 53/4 53/15 53/6
**number [10]** 5/22 7/17 7/21 10/17 17/1 18/14 44/17 49/3 49/14 50/19
**numerous [4]** 3/23 14/6 29/1 29/8

## O

**objection [3]** 5/7 8/2 53/18
**objections [4]** 3/22 15/9 53/1 53/15
**obligation [2]** 51/20 59/15
**obligations [2]** 20/23 42/20
**obstruct [1]** 13/1
**obstructed [4]** 13/1 15/20 39/24 46/3
**obstruction [7]** 11/19 12/21 13/18 15/12 38/14 52/19 52/21
**obstructive [2]** 15/13 40/3
**obtain [1]** 44/18
**obtained [3]** 39/9 45/10 46/1
**obvious [1]** 20/6
**obviously [3]** 14/22 17/20 45/12
**occasions [1]** 29/9
**occupants [1]** 60/4
**occur [1]** 49/6
**occurred [2]** 12/9 42/6
**off [2]** 22/25 53/7
**offender [2]** 9/13 12/4
**offense [33]** 7/23 11/14

**12/5 12/5 12/24 13/4 13/4 13/7 13/8 13/11 13/16 14/16 15/15 16/6 39/20 40/2 40/4 40/5 40/5 40/25 41/2 41/15 42/2 43/15 44/3 44/5 44/11 44/16 45/9 46/13 49/13 49/21 53/10**
**offenses [1]** 44/14
**offer [1]** 6/24
**offered [3]** 20/3 20/5 35/4
**office [6]** 54/13 54/17 57/3 57/23 60/18 61/12
**officer [18]** 39/4 39/15 41/3 50/7 57/11 57/15 57/20 58/3 58/4 58/9 58/25 59/3 59/7 59/11 60/1 60/2 60/14 60/16
**officer's [2]** 45/18 48/25
**officers [1]** 51/11
**Official [2]** 1/21 64/16
**often [1]** 48/12
**oh [4]** 33/24 35/20 36/7 37/6
**oil [3]** 21/16 21/16 22/7
**okay [7]** 5/14 18/25 19/4 24/4 37/5 37/7 56/10
**Oliver [1]** 28/16
**Olympic [1]** 20/10
**omissions [1]** 45/23
**on [82]**
**Once [2]** 39/2 50/12
**one [32]** 7/12 8/6 9/2 11/2 11/16 14/15 17/21 18/15 18/16 18/18 19/14 20/15 21/9 25/13 26/2 27/19 32/14 34/4 36/14 39/2 40/13 43/17 45/14 46/6 46/25 47/14 47/15 49/11 50/3 50/19 57/8 62/18
**one-level [1]** 8/6
**one-third [1]** 32/14
**ones [1]** 17/14
**ongoing [1]** 39/7
**only [6]** 6/24 31/20 34/23 37/12 41/20 47/8 49/15 50/8 50/18
**oOo [2]** 3/2 63/14
**open [1]** 22/25
**operate [1]** 6/6
**operating [1]** 23/12
**operation [1]** 59/5
**opinion [3]** 20/3 20/7 21/6
**opportunities [1]** 23/6
**opportunity [6]** 19/22 32/3 33/13 33/19 34/8 35/4
**opposite [1]** 45/7
**or [75]**

**O**

ordeal [1] 24/18
order [11] 3/4 16/8
17/8 20/8 22/18 55/16
55/19 57/4 57/6 61/11
63/3
ordered [8] 39/1 54/3
54/10 55/6 55/9 55/10
58/6 59/15
orders [7] 21/12 21/15
21/19 21/25 22/1 23/4
58/13
ordinary [1] 12/4
organize [1] 30/18
ORTEGA [1] 2/6
other [27] 5/1 20/16
21/7 21/18 23/6 23/13
26/2 29/8 31/12 32/4
37/8 40/15 41/11 41/22
42/4 45/2 49/22 52/22
58/23 59/5 59/14 59/23
59/25 60/4 61/16 61/23
62/5
others [8] 17/14 27/23
30/21 34/8 43/3 47/23
47/24 48/9
otherwise [4] 9/25 12/9
44/23 58/21
ought [1] 13/25
our [28] 8/5 8/8 8/24
9/10 16/8 22/21 22/22
22/23 22/24 22/25
26/24 28/25 29/5 29/15
30/3 30/3 30/9 30/11
30/11 30/12 30/12
30/15 30/23 30/24
35/20 36/4 53/15 53/18
out [22] 9/24 13/6 20/5
20/22 22/13 23/5 24/24
25/10 26/9 28/22 28/23
32/1 32/3 32/13 35/20
36/11 39/9 41/24 45/11
47/1 50/18 51/2
outlines [1] 11/16
outlining [1] 14/6
outpatient [1] 57/13
outrageous [1] 25/21
over [12] 7/24 16/11
23/15 25/3 25/4 25/4
26/13 28/21 37/19
37/22 47/16 49/11
overcome [1] 30/8
overwhelming [1] 50/8
owed [2] 23/1 23/10
own [2] 3/25 42/20
owned [2] 32/14 59/6
owner [1] 58/20

**P**

page [1] 64/7
paid [4] 35/13 38/2
39/3 39/8
pain [2] 14/20 27/16
Palm [1] 29/9

Palm Springs [1] 29/9
papers [7] 3/22 8/6 8/8
8/18 9/10 16/8 59/22
paperwork [1] 35/17
parents [2] 33/22
33/25
part [11] 13/16 20/20
26/18 27/15 38/19
39/10 39/20 41/2 45/10
58/5 59/6
partial [2] 54/19 58/20
participate [2] 57/12
60/12
particular [2] 6/2 7/6
particularly [4] 8/8
53/18 53/21 62/1
parties [4] 3/22 25/20
39/4 49/15
partner [2] 32/9 32/20
33/7
Paseo [1] 28/20
pass [1] 30/7
past [5] 11/5 23/16
30/3 30/3 44/21
PAT [3] 1/21 64/3
64/16
patch [1] 57/14
patcuneo1600 [1] 1/24
patient [1] 33/8
pattern [2] 26/13 26/14
patterns [1] 34/22
Pauperis [1] 62/22
Pause [2] 5/16 10/12
pay [16] 14/13 22/11
23/12 27/5 36/8 39/1
45/21 54/3 54/10 55/11
55/18 55/18 58/5 58/10
58/12 62/20
payee [1] 54/19
payment [7] 54/19 55/8
58/8 58/8 58/10 58/14
58/25
payments [6] 16/13
39/18 54/20 55/1 55/6
55/12
paystubs [1] 59/9
pen [5] 20/8 21/19 22/6
22/13 23/4
penalties [1] 55/12
pending [1] 41/14
pens [7] 21/12 21/16
21/24 22/1 22/3 22/9
22/11
people [20] 6/12 14/17
24/19 26/14 27/5 27/12
27/20 28/3 30/20 31/23
33/17 36/14 37/5 37/10
37/19 37/22 42/23
44/22 51/3 51/13
people's [1] 14/7
per [4] 28/22 54/7
54/22 57/10
percent [3] 21/25 46/6
55/2

performed [1] 46/20
perhaps [1] 8/14
period [9] 13/12 37/19
54/6 54/21 55/4 56/16
57/18 58/7 58/11
periodic [1] 57/10
permanently [1] 39/3
person [7] 32/20 33/3
34/4 36/3 36/12 36/22
59/22
personal [5] 6/25
19/16 23/2 23/20 38/16
personalities [1] 38/6
personally [2] 19/3
22/18
persuaded [2] 45/2
45/17
persuasive [1] 36/1
pertaining [2] 58/14
59/5
Philippines [1] 42/6
phone [3] 9/24 9/25
37/4
phones [1] 10/1
physical [2] 48/4 48/10
piece [1] 27/14
pilates [1] 28/24
pillaged [1] 26/14
place [2] 35/23 57/21
placed [1] 56/23
places [1] 29/6
Plaintiff [1] 1/7 2/2
play [1] 26/6
played [2] 36/18 36/19
playing [1] 26/8
plea [1] 8/12 8/15
38/19 38/20 39/12 50/9
61/22 61/24 62/3 62/6
62/11
pleaded [1] 39/11
please [5] 3/3 3/8 9/25
38/6 38/6
plus [2] 12/4 23/2
point [5] 6/3 16/17
16/22 43/11 52/13
points [10] 5/12 5/23
7/23 12/4 13/6 17/9
41/24 47/1 50/18 51/2
policy [2] 31/6 48/19
Ponzi [2] 29/23 31/11
pool [1] 29/23
portion [2] 37/11 63/4
portrayed [1] 24/22
posed [1] 19/24
position [9] 3/22 8/9
8/25 10/23 11/6 20/24
49/19 52/19 59/9
possibility [2] 35/10
37/14
possibly [2] 36/22
37/24
post [1] 30/19
postponing [2] 17/20
17/21

posts [1] 38/4
potential [1] 17/16
potentially [1] 9/7
powerful [2] 37/10
37/10
practically [1] 28/23
practice [2] 33/17
33/18
practiced [1] 37/19
practicing [1] 34/6
prayed [1] 24/14
prayer [1] 30/18
praying [1] 30/17
precisely [1] 51/10
precluded [1] 12/10
predators [1] 48/4
prefer [2] 3/19 56/8
preference [1] 56/4
premises [1] 60/5
prepare [1] 62/24
prepared [4] 8/1 9/20
18/9 54/12
prescription [1] 57/17
present [4] 3/12 5/5
34/25 62/7
presentence [8] 3/21
5/1 5/7 42/9 42/18
60/18 60/22 61/14
president [1] 19/18
PRESIDING [1] 1/4
presold [1] 21/20
pretending [1] 30/14
pretrial [5] 12/6 52/11
57/3 57/23 60/17
pretty [1] 29/18
previously [1] 48/21
preyed [2] 30/13 47/11
preys [1] 26/15
prime [1] 51/7
princess [1] 29/4
princesses [1] 38/3
prior [5] 11/25 28/8
41/4 45/19 58/25
prison [2] 12/8 45/11
Prisons [6] 50/14
50/15 56/15 56/20
61/13 61/15
Prisons' [2] 54/8 54/23
privacy [1] 54/18
private [1] 25/20
probably [2] 44/25
52/12
probation [37] 12/6
12/7 15/11 15/22 15/25
20/15 38/23 39/4 39/15
39/17 41/3 41/18 41/25
45/17 48/25 50/21
51/11 54/13 54/17 57/3
57/5 57/11 57/15 57/20
57/22 58/2 58/4 58/9
58/25 59/3 59/7 59/11
60/1 60/14 60/16 60/17
61/12
problem [2] 36/2 36/8

proceed [1] 21/8
proceeding [1] 20/14
proceedings [7] 5/16
10/12 52/12 61/24 63/5
63/12 64/6
production [1] 31/15
profit [2] 21/21 22/10
profound [1] 17/9
profoundly [1] 19/12
program [10] 6/6 54/9
54/24 56/21 57/13
57/22 58/1 58/2 60/12
60/15
programs [2] 58/22
58/22
prohibited [2] 40/18
60/23
promised [1] 44/20
promises [1] 42/19
promote [1] 44/6
pronounce [1] 4/9
proof [3] 42/12 42/17
58/8
proper [1] 43/5
property [2] 38/16
59/22
proportional [1] 54/20
proposition [1] 10/16
prosecution [4] 13/3
15/15 15/20 40/1
protect [6] 22/18 28/3
38/7 44/8 50/25 54/18
protecting [1] 37/23
proved [3] 20/2 21/17
51/12
proven [1] 20/9
provide [8] 20/21 44/6
44/15 47/6 52/5 58/8
59/3 59/9
provided [13] 6/14
6/19 7/3 7/8 17/19
20/11 21/2 21/15 43/3
45/19 61/11 61/15
62/18
provider [3] 60/15
60/19 60/23
provides [4] 42/14
providing [2] 20/7
29/16
provision [3] 15/13
16/2 38/24
PSR [5] 10/22 15/9
15/10 17/15 42/25
PSR's [1] 12/23
psychological [1]
14/20
public [11] 2/6 19/19
21/3 21/11 23/11 23/13
23/22 24/1 31/16 44/8
51/1
punished [1] 7/20
punishing [1] 27/21
punishment [2] 16/10
44/6

## P

**punitive [2]** 9/6 14/15
**purchase [5]** 20/7
21/12 21/15 22/1 23/4
**purchased [1]** 22/7
**purportedly [1]** 20/1
**purpose [2]** 47/2 47/6
**purposes [3]** 7/14
12/13 54/1
**pursuant [8]** 49/16
54/8 54/23 55/13 56/12
60/5 60/7 64/4
**put [7]** 9/25 24/21 25/8
26/19 27/14 34/14 56/6
**Putting [1]** 6/20

## Q

**qualify [2]** 6/17 17/13
**quality [1]** 38/5
**quarter [2]** 54/7 54/22
**question [4]** 5/20
17/19 18/3 33/13
**questions [7]** 6/21 8/1
9/21 11/19 14/25 18/9
19/24
**quickly [1]** 52/7
**quite [8]** 9/1 16/11 17/4
18/4 18/6 32/9 35/6
37/15
**quote [2]** 6/25 11/10

## R

**raise [1]** 23/25
**raised [1]** 13/5
**raising [1]** 20/11
**ran [1]** 25/4
**Ranch [1]** 28/17
**range [15]** 13/21 16/4
17/10 43/16 43/17
43/21 44/10 48/22
48/23 50/9 51/18 52/3
52/18 52/24 53/11
**rate [2]** 54/7 54/22
**rather [3]** 13/7 13/10
50/14
**RDAP [1]** 56/21
**re [1]** 60/22
**re-disclosure [1]** 60/22
**reach [1]** 46/7
**read [6]** 3/20 3/23 4/15
4/17 18/24 59/16
**ready [1]** 22/11
**realistically [1]** 16/10
**realize [1]** 31/11
**realized [5]** 35/12
35/15 35/24 36/18 37/3
**realizing [1]** 37/8
**really [12]** 26/2 27/1
27/8 27/10 28/13 32/10
33/17 34/4 34/5 36/25
37/17 37/23
**realm [1]** 38/3
**reason [6]** 8/19 25/22
37/6 46/12 53/3 53/7

**reasonable [8]** 10/16
16/19 52/2 52/3 53/24
60/8 60/8 60/9
**reasonably [1]** 17/1
**reasoning [2]** 51/22
51/23
**reasons [5]** 8/7 50/20
52/2 52/23 61/10
**recall [1]** 28/11
**receive [5]** 9/7 12/4
38/14 39/21 54/20
**received [4]** 9/17 22/6
45/1 59/12
**receiving [1]** 21/24
**recently [1]** 33/19
**recess [1]** 63/11
**recidivism [2]** 12/14
51/9
**recitation [1]** 51/21
**recognize [3]** 18/13
48/14 52/12
**recommend [1]** 51/17
**recommendation [9]**
13/25 21/7 23/23 43/20
51/22 53/8 55/24 56/3
56/8
**recommendations [1]**
56/11
**recommended [3]** 7/25
21/3 50/22
**recommending [2]**
13/19 23/19
**recommends [2]** 43/23
56/19
**record [3]** 42/3 53/17
62/18
**records [4]** 8/24 44/14
59/4 59/5
**recovery [2]** 30/4 30/11
**reduction [2]** 31/25
50/8
**refer [1]** 33/16
**referenced [1]** 28/9
**references [1]** 13/13
**referral [1]** 35/11
**referred [1]** 47/24
**referring [1]** 19/7
**reflect [2]** 41/23 44/5
**reflected [1]** 8/14
**reflects [1]** 54/13
**reform [3]** 27/2 28/1
56/12
**reformed [1]** 27/10
**reforms [1]** 27/12
**refrain [1]** 57/7
**refunds [1]** 59/9
**regarding [1]** 11/19
**regardless [2]** 44/19
56/6
**regrets [1]** 45/2
**regular [1]** 59/9
**regulations [2]** 57/3
64/8
**rehabilitate [1]** 41/19

**reiterating [1]** 53/18
**reject [1]** 15/23
**rejects [1]** 15/11
**related [6]** 23/13 40/3
40/5 46/10 48/3 61/16
**relationship [2]** 23/21
30/14
**relationships [1]** 48/12
**relative [1]** 31/13
**release [9]** 12/8 43/17
51/8 55/1 55/4 56/22
56/23 57/5 57/9
**released [1]** 51/15
**relevant [8]** 12/20
12/23 13/7 13/15 15/12
16/1 39/5 40/4
**reliance [1]** 21/2
**relied [1]** 21/21
**reloaded [1]** 47/14
**remain [4]** 3/3 52/23
54/18 61/17
**remaining [3]** 6/22 7/8
61/4
**remains [2]** 22/25
54/25
**remanded [1]** 60/25
**remember [1]** 33/23
**remorse [3]** 33/1 33/2
45/4
**rent [1]** 23/12
**repay [3]** 41/19 44/21
44/23
**repeating [1]** 9/10
**report [12]** 3/21 5/1 5/8
42/9 42/18 43/6 43/9
60/18 60/22 61/14
61/16 61/20
**reported [1]** 64/6
**reporter [1]** 1/21 63/6
64/16
**REPORTER'S [1]** 1/14
**represent [3]** 18/24
19/1 19/7
**representing [1]** 19/25
**reputation [1]** 48/12
**reputational [2]** 6/23
23/24
**request [3]** 49/4 62/24
63/1
**requested [1]** 55/19
**require [1]** 17/7
**required [4]** 5/23 7/22
52/15 58/10
**requirement [3]** 17/18
40/10 41/7
**requires [1]** 7/4
**research [1]** 35/16
**reside [1]** 58/1
**residence [1]** 59/22
**residential [2]** 56/20
57/21
**resolved [1]** 52/9
**respect [13]** 5/11 10/13
12/21 13/2 15/12 15/18

15/24 16/7 17/4 17/14
28/8 39/25 44/6
**respects [2]** 7/5 43/7
**respond [1]** 15/4
**response [1]** 38/11
**responsibility [7]** 8/13
14/10 50/6 52/6 52/7
54/9 54/24
**rest [1]** 37/23
**restitution [19]** 8/17
14/11 14/13 16/7 16/8
16/12 39/1 39/2 39/9
39/18 44/16 45/22
54/11 54/14 54/21
54/25 55/6 55/10 58/13
**result [5]** 6/7 9/5 11/13
49/25 52/17
**resulting [1]** 6/23
**retained [1]** 62/12
**retirement [5]** 10/25
17/16 17/21 42/22
47/13
**returning [2]** 35/17
47/15
**reverted [1]** 57/25
**review [1]** 4/1
**reviewed [2]** 20/1
20/10 21/6
**revised [1]** 43/20
**revocation [1]** 60/4
**right [5]** 3/18 5/9
15/22 15/22 18/16 19/6
25/3 33/11 38/12 53/23
56/7 61/21 61/25 62/4
62/6 62/10 62/12 63/10
**ring [1]** 31/9
**risk [2]** 12/14 51/14
**road [2]** 35/3 37/16
**robbed [1]** 14/18
**robbery [1]** 13/11
**room [3]** 1/23 31/12
32/2
**ruin [1]** 6/13
**ruining [1]** 31/23
**rules [1]** 57/2
**run [2]** 25/2 56/25
**ruse [1]** 30/19
**ruthless [1]** 33/2

## S

**S.M [1]** 11/8
**S.S [1]** 18/22
**sad [1]** 14/11
**said [13]** 9/1 20/12
24/13 26/8 31/20 35/19
36/1 36/8 36/21 41/16
48/2 48/21 52/15
**salaries [1]** 23/12
**sale [6]** 21/25 22/2
22/8 38/15 38/17 38/20
**sales [1]** 22/13
**same [7]** 12/19 14/22
29/2 41/17 42/1 42/5
46/7

**sample [2]** 10/18 58/16
**Santa [2]** 28/18 29/10
**Santa Barbara [1]**
29/10
**satisfy [1]** 11/12
**save [1]** 47/4
**saved [1]** 52/7
**savings [5]** 6/19 11/1
11/9 11/10 17/12 30/24
31/13 42/24 47/12
**saw [3]** 25/21 27/17
29/19
**say [7]** 10/4 19/1 19/6
25/6 33/4 34/9 56/5
**saying [2]** 33/24 45/25
**scale [1]** 19/12
**scam [3]** 24/22 31/4
32/24
**scenario [1]** 32/14
**scheme [12]** 6/11 7/16
13/10 13/12 17/7 24/22
26/12 29/23 31/12 39/7
39/10 39/13
**schemes [2]** 36/24
37/24
**schools [1]** 42/23
**SCHWAB [5]** 2/3 3/10
17/11 18/12 55/20
**scope [1]** 8/14
**score [1]** 12/13
**search [3]** 60/1 60/3
60/7
**searched [1]** 60/11
**searches [1]** 60/5
**seated [1]** 3/3
**second [6]** 2/8 21/10
26/25 55/15 57/4 57/6
**secondly [1]** 53/8
**seconds [1]** 26/7
**section [11]** 39/22
39/23 41/13 42/14 44/2
46/11 54/2 54/17 55/13
57/6 64/4
**Section 2B1.1 [1]**
42/14
**Section 3 [1]** 57/6
**Section 3553 [2]** 44/2
54/2
**Section 3C1.1 [2]**
39/22 46/11
**Section 4A1.3 [1]**
41/13
**securities [3]** 12/19
38/16 38/21
**security [3]** 20/4 20/5
38/17
**see [9]** 14/15 14/16
18/15 25/15 27/25
27/25 31/2 35/16 38/5
**seeing [1]** 9/2
**seem [1]** 41/6
**seemed [1]** 35/9
**seen [6]** 7/9 8/15 8/22
9/1 14/5 15/19

**S**

seized [1]  55/21
self [1]  59/8
self-employed [1]  59/8
sense [3]  16/21 25/24
36/5
sentence [42]  7/25 8/7
8/19 9/11 9/12 9/15
9/16 9/18 12/8 12/18
14/24 31/25 41/1 41/1
44/5 44/9 44/10 44/13
44/19 45/14 45/16
48/23 50/3 50/12 50/21
51/8 51/24 52/1 52/5
52/14 52/24 52/25 53/1
53/4 53/15 53/20 53/24
61/25 62/2 62/9 62/9
62/10
sentenced [3]  20/15
38/22 50/13
sentences [2]  50/1
51/2
sentencing [24]  1/19
3/20 7/24 8/9 8/24
10/23 11/6 13/3 15/15
15/21 16/14 27/9 40/1
41/15 43/10 44/10
44/21 46/2 46/4 46/10
49/19 56/12 61/12
61/18
separate [1]  54/12
September [1]  19/21
serious [1]  42/4
seriousness [6]  40/14
41/10 41/23 44/5 47/19
48/18
served [2]  47/8 56/18
service [3]  38/24 50/14
60/15
Services [3]  57/3 57/23
60/18
serving [2]  12/8 12/17
session [1]  3/5
set [6]  3/20 26/13 28/2
32/13 54/12 57/5
setting [1]  29/25
settled [2]  20/12 37/6
setup [1]  32/24
severe [1]  48/3
severely [3]  7/20 23/25
48/10
Sewell [1]  34/18
shaking [1]  33/9
shall [35]  54/3 54/6
54/10 54/16 54/17
54/20 54/21 55/3 55/4
55/15 56/22 57/2 57/7
57/8 57/12 57/16 58/1
58/5 58/8 58/10 58/12
58/15 58/17 58/20 59/3
59/8 59/12 59/21 60/4
60/12 61/10 61/11
61/14 61/17 61/19

shareholders [2]  19/15
23/22
she [3]  22/23 22/24
35/13
shell [1]  23/9
shipments [2]  22/4
22/6
shipping [1]  22/3
shoes [1]  31/8
short [3]  22/18 29/16
30/23
short-term [2]  22/18
29/16
should [13]  5/12 9/24
13/4 16/13 16/14 20/6
38/13 39/21 40/5 49/25
53/4 59/16 63/4
show [1]  29/14
shows [3]  29/12 33/1
35/3
siblings [1]  42/22
sign [1]  22/24
signatures [1]  46/22
significant [7]  7/3 7/6
18/7 20/19 23/24 45/16
51/14
similar [6]  31/20 39/6
41/12 41/17 44/14
44/14
similarly [2]  8/18 12/21
simply [3]  13/10 17/22
53/7
Since [1]  22/23
single [1]  35/25
single family [1]  35/25
sinking [1]  36/17
sir [5]  4/10 18/16 24/8
61/21 62/15
sit [2]  26/6 32/1
site [1]  20/17
sits [1]  23/9
situation [4]  16/1 17/5
33/1 33/21
slightly [2]  9/11 29/24
small [1]  29/24
so [44]  9/11 9/15 9/23
10/21 11/11 13/17
15/22 16/25 18/15
18/18 19/7 24/14 24/23
25/11 25/14 26/16
26/21 26/24 27/3 27/8
29/15 29/20 30/24
32/12 32/15 32/25
33/18 34/6 34/9 35/9
37/1 37/22 38/6 46/9
48/7 48/13 49/16 50/5
51/15 51/16 51/18 52/9
59/18 62/10
sobriety [1]  30/4
social [5]  25/19 30/19
38/3 47/8 59/24
socialized [1]  47/25
sociopathic [1]  34/3
solicitation [1]  58/23

solicited [1]  6/11
some [24]  7/2 8/24 9/2
16/11 16/17 22/22 25/2
27/2 29/17 29/20 31/16
32/9 32/22 35/4 40/7
47/2 47/8 47/22 47/24
48/14 50/2 61/23 62/1
62/4
somebody [1]  9/13
somehow [1]  61/22
someone [8]  14/18
24/21 25/23 27/1 27/4
32/25 34/3 59/18
something [4]  9/23
16/13 16/14 32/25
somewhat [1]  52/13
somewhere [1]  31/8
son [2]  26/20 28/16
sophisticated [4]
46/19 46/20 46/24
51/13
Sorry [1]  33/9
sort [2]  14/15 25/23
source [1]  45/21
Southern [2]  56/2 56/8
speak [6]  5/7 15/5 24/5
34/17 35/8 38/10
speaking [2]  30/16
33/10
special [4]  29/8 43/18
54/4 58/12
specific [5]  6/15 6/21
11/19 17/23 18/3
specifically [6]  8/7
9/19 11/8 16/23 17/2
56/1
specifics [2]  17/8
17/16
specifies [1]  40/16
spend [2]  25/25 35/1
spending [1]  59/17
spent [3]  25/22 28/25
35/2
spin [1]  28/24
spiritually [1]  30/10
Spring [1]  2/4
Springs [1]  29/9
squarely [2]  41/4 41/6
standard [1]  17/13
stands [3]  10/15 13/22
18/18
starting [1]  43/11
state [18]  3/8 12/19
13/13 15/18 16/4 16/5
36/21 39/17 39/19
40/18 45/6 45/11 45/13
45/13 45/24 46/5 46/6
52/25
stated [7]  11/8 11/10
12/12 46/9 52/2 52/23
54/1
statement [7]  10/24
11/7 11/9 15/3 18/25
24/2 61/10

statements [12]  6/14
6/22 6/24 10/17 11/5
11/16 17/15 20/2 38/17
38/18 42/17 47/21
states [20]  1/1 1/6 2/2
2/3 2/4 3/4 3/6 3/10 6/4
15/10 16/18 18/3 39/23
41/3 44/2 54/1 54/4
55/13 64/4 64/9
statute [1]  24/20
statutory [1]  52/1
stay [2]  3/18 45/14
stayed [2]  38/25 39/3
stealing [1]  31/22
stenographically [1]
64/6
step [1]  18/16
Stevenson [1]  28/17
stick [1]  25/10
still [8]  17/19 23/1
25/10 33/18 34/6 37/25
52/22 52/24
stipulated [1]  49/15
stole [1]  30/23
stood [2]  22/11 26/9
stop [1]  27/22
stopped [1]  45/5
storage [2]  59/24
59/25
story [3]  20/21 31/17
37/7
Street [4]  1/22 1/22 2/4
2/8
stress [2]  23/18 52/10
struggled [3]  25/7 25/7
26/19
subject [3]  35/9 55/12
60/5
submit [5]  9/20 18/10
57/8 59/21 60/3
submitted [5]  5/2 11/5
11/7 13/24 44/25
subsequent [1]  16/5
subsequently [1]  20/8
substance [3]  57/8
57/13 60/19
substantial [18]  5/13
5/19 6/18 9/12 10/14
11/3 11/13 16/16 16/19
17/24 42/11 42/15 43/1
43/4 48/1 49/1 49/9
53/19
substantially [2]  40/13
41/9
substantively [1]  53/20
successful [3]  25/2
29/19 47/9
such [13]  12/12 13/11
23/12 29/6 32/19 34/1
48/4 50/16 53/7 56/25
58/14 58/25 62/5
suffer [1]  43/4 48/10
48/11 49/8
suffered [9]  5/19 6/18

11/13 14/22 14/23
17/24 19/17 43/1 49/7
suffering [1]  14/17
suffers [1]  50/17
sufficient [5]  6/15
50/10 50/23 50/24
53/25
suggest [3]  43/3 49/24
59/16
suggestion [1]  40/22
suggests [1]  41/13
sums [2]  5/24 7/9
supervised [6]  12/8
43/17 51/8 55/4 56/23
57/5
supervision [7]  12/6
55/5 57/18 57/19 58/7
58/11 60/10
supplied [1]  32/17
supplying [1]  42/17
support [1]  3/24
supported [1]  29/11
suppose [1]  59/19
supposed [1]  31/16
supposedly [1]  31/13
sure [2]  18/14 19/8
surface [1]  36/6
survive [2]  31/21 31/22
suspect [1]  14/4
suspicion [1]  60/9
sweat [1]  57/14
sweat-patch [1]  57/14
swiftly [2]  8/12 14/10
sword [1]  31/2
system [1]  27/11

**T**

table [2]  3/13 7/24
take [5]  10/10 27/19
28/2 32/16 33/22
takeaway [1]  7/5
taken [2]  7/19 61/19
taking [3]  25/20 28/23
43/13
talk [2]  32/24 34/6
talked [4]  24/18 24/19
30/17 37/5
talking [2]  7/14 37/7
targeted [2]  6/5 16/23
17/2
tax [1]  59/13
taxes [1]  59/10
technically [1]  12/1
telemarking [1]  58/22
tell [4]  23/15 32/23
37/4 45/25
temporarily [1]  38/24
ten [2]  26/7 33/8
term [7]  16/15 22/18
29/16 41/18 56/17
56/23 56/24
terms [6]  14/17 41/25
46/9 52/16 56/25 57/1
terrible [1]  6/25

## T

**test** [1]  57/9
**testing** [2]  57/14 57/24
**tests** [2]  57/10 57/10
**than** [21]  5/1 5/23
13/10 25/1 25/11 25/14
26/17 26/24 27/11
27/25 33/8 42/4 44/24
45/3 46/15 48/6 50/14
53/25 54/7 54/22 55/3
**thank** [29]  8/3 8/4 9/22
10/2 15/7 18/11 18/22
19/9 24/3 24/6 24/10
28/4 28/5 28/11 32/5
32/6 33/5 34/15 34/16
38/8 38/9 43/24 53/13
53/23 55/23 61/9 63/8
63/9 63/10
**that** [276]
**that's** [17]  5/14 11/2
11/2 13/10 14/16 14/21
17/22 18/25 24/2 27/6
27/9 28/2 32/18 33/4
33/11 48/4 56/7
**THC** [3]  21/16 22/7
22/13
**theft** [2]  28/9 38/16
**their** [24]  4/4 6/8 6/19
7/1 7/7 7/12 9/24 19/25
29/4 29/12 30/18 30/25
31/23 38/1 38/6 38/6
42/20 42/23 44/19
47/11 47/12 48/9 48/11
52/10
**them** [14]  4/15 4/18
4/20 4/23 14/21 29/11
29/11 29/14 30/19
33/23 33/25 38/2 48/16
53/16
**themselves** [3]  46/21
48/9 49/24
**then** [11]  4/7 11/4
22/20 26/11 35/24
36/10 36/11 36/12 37/3
44/21 52/20
**theory** [1]  62/8
**there** [32]  3/18 4/25 5/4
7/12 10/3 10/19 10/22
11/6 11/12 15/2 15/18
15/25 16/8 17/15 18/7
18/13 23/18 26/21 32/7
33/6 34/17 34/24 35/15
36/20 38/10 40/7 46/6
48/1 48/3 49/11 51/14
55/19
**there's** [9]  17/19 17/20
18/18 18/18 26/13
33/13 49/16 55/21
61/23
**thereafter** [1]  57/10
**thereby** [1]  21/20
**therefore** [1]  52/13
**these** [15]  5/22 7/22

11/6 11/11 14/18 15/11
20/19 23/4 33/13 35/3
37/24 43/2 44/23 48/14
48/20
**they** [39]  4/22 5/19
6/18 6/19 6/24 7/13
7/15 9/23 13/25 16/23
17/2 17/3 24/19 26/15
29/13 29/14 30/8 30/11
30/12 30/13 30/17
30/20 30/25 30/25 31/3
31/21 33/22 34/20
34/25 38/1 42/24 47/7
47/24 48/8 48/8 48/9
48/11 52/12 56/5
**they're** [2]  37/6 56/5
**thing** [7]  25/3 25/13
26/2 26/25 27/13 27/19
30/12
**things** [9]  25/21 25/24
26/9 26/19 26/22 27/8
29/2 34/7 36/11
**think** [26]  5/10 15/22
16/21 17/13 18/3 18/7
27/3 27/4 27/6 27/11
27/19 32/1 32/25 33/3
33/10 33/12 33/16 34/2
34/4 34/9 34/10 34/12
34/13 44/18 56/5 62/1
**thinking** [1]  27/9
**third** [1]  32/14
**this** [110]
**those** [14]  4/2 4/12 6/9
6/20 13/12 17/12 20/24
26/9 30/8 48/19 49/22
50/16 53/21 56/10
**though** [8]  9/2 10/19
27/24 40/20 44/16 46/8
49/14 52/15
**thought** [8]  24/11
24/17 27/13 27/22 29/4
29/14 32/19 33/25
**thousand** [1]  36/23
**threat** [1]  46/16
**threateningly** [1]  37/9
**THREATT** [8]  2/7 3/12
4/1 5/1 10/15 11/23
13/6 14/14
**Threatt's** [1]  11/11
**three** [9]  23/2 24/20
26/20 28/22 38/22
43/18 50/10 56/23
56/24
**three-level** [1]  50/10
**threshold** [1]  11/17
**through** [4]  39/10
39/14 46/1 48/19
**throughout** [1]  41/17
**ticket** [2]  20/10 59/19
**time** [30]  3/20 4/1 4/17
9/2 9/4 9/5 13/12 16/11
26/20 27/2 27/2 29/1
29/18 29/22 32/1 32/1
32/9 32/11 32/16 35/1

35/4 37/19 37/22 39/3
39/16 41/15 44/24 52/8
52/10 60/8
**tincture** [2]  32/12
32/18
**Title** [1]  64/4
**today** [7]  14/5 19/16
25/13 25/16 27/13 31/9
33/10
**today's** [1]  26/12
**together** [10]  11/7 25/8
25/11 26/19 27/14 29/1
29/6 29/9 30/9 35/24
**told** [6]  20/18 21/18
22/5 22/12 22/17 36/7
**Tom** [1]  28/15
**took** [8]  8/13 25/9
26/22 26/22 27/17 29/6
35/3 42/21
**total** [4]  10/17 43/15
49/21 54/11
**touch** [2]  15/8 35/17
**toward** [1]  12/1
**traditional** [1]  26/12
**trainer** [1]  36/4
**tranches** [1]  21/9
**transcript** [4]  1/14
62/18 64/5 64/7
**trauma** [1]  14/19
**treasury** [1]  23/7
**treatment** [9]  57/13
57/22 57/23 58/1 58/6
60/13 60/19 60/20
60/23
**trial** [2]  41/14 52/11
**tried** [2]  26/4 26/23
**trips** [2]  25/20 29/6
**true** [3]  38/5 41/6 64/5
**truly** [1]  30/21
**trust** [5]  25/6 26/15
30/24 35/8 48/9
**trusted** [2]  24/13 25/5
29/11 32/10 33/16
33/18 33/20
**try** [2]  51/16 52/9
**trying** [2]  25/24 27/14
**turned** [2]  20/5 29/24
**Turning** [1]  8/5
**TV** [1]  29/13
**two** [24]  5/12 5/23 6/17
7/22 7/24 12/4 13/5
17/9 17/11 17/12 18/24
19/1 21/9 21/19 25/21
29/24 38/14 40/6 42/10
46/11 48/24 52/21
52/22 57/9
**two-level** [5]  38/14
42/10 46/11 52/21
52/22 57/9
**type** [4]  12/11 49/19
51/4 51/10
**types** [1]  50/2

## U

**ultimately** [2]  12/23
20/13
**Umm** [1]  35/11
**unable** [3]  55/17 62/17
62/20
**Unbeknownst** [1]
29/22
**unbelievable** [1]  36/20
**unbelievably** [1]  38/4
**under** [12]  7/18 12/11
12/13 17/13 22/1 23/7
39/21 41/1 45/24 56/25
59/25 62/1
**underlying** [2]  12/19
12/24
**underrepresents** [2]
40/13 41/9
**understand** [8]  4/7
4/23 19/9 26/4 26/16
34/14 35/6 62/15
**understandably** [1]
6/22
**unenforceable** [1]  62/7
**unforeseen** [1]  47/3
**unfortunate** [2]  7/3
34/5
**unfortunately** [1]  51/8
**unique** [1]  51/13
**UNITED** [18]  1/1 1/6
2/2 2/3 2/4 3/4 3/6 3/10
6/4 15/10 16/18 18/3
44/2 54/1 54/4 55/13
64/4 64/9
**unlawful** [4]  38/15
38/20 57/7 61/22
**unless** [5]  8/1 9/20
14/25 18/9 59/10
**unlikely** [2]  14/12 28/1
**unpaid** [2]  54/6 54/25
**unrealistic** [1]  44/18
**unreasonable** [1]
53/21
**until** [4]  18/18 25/4
58/1 60/14
**unwarranted** [1]  44/13
**up** [10]  18/16 24/25
25/13 25/23 26/25
27/15 29/25 32/13
34/24 51/13
**upheld** [1]  6/8
**upon** [1]  8/12
**upset** [1]  32/15
**upward** [15]  11/21
11/24 12/10 12/12
40/17 40/25 41/13
45/16 46/12 48/16
48/22 51/25 52/22 53/9
53/10
**upwards** [1]  15/24
**urinalysis** [1]  57/14
**us** [17]  18/17 21/4 28/3
29/14 30/13 30/15 35/4

35/17 37/7 37/11 37/17
37/23 38/7 57/3 57/22
60/1 61/1
**US Marshal** [1]  61/1
**use** [2]  57/8 57/25
**used** [6]  17/24 20/20
45/10 45/21 46/18
46/22
**useful** [1]  6/4
**using** [5]  32/12 38/16
38/17 46/1 57/16
**usual** [1]  49/18

## V

**vague** [1]  6/24
**Valencia** [2]  28/20
33/17
**Valley** [1]  28/18
**vape** [12]  20/8 21/12
21/16 21/19 21/24 22/1
22/2 22/6 22/9 22/11
22/13 23/4
**variance** [11]  8/6 14/4
45/16 46/12 48/16
48/22 48/24 51/25
52/17 52/21 52/22
**variances** [3]  46/8
52/15 53/19
**various** [2]  8/10 46/18
**vary** [1]  53/9
**vast** [1]  6/7
**vehicle** [1]  59/22
**vendors** [1]  36/23
**verge** [2]  6/12 17/3
**very** [25]  6/10 7/6 8/19
9/12 12/19 14/16 16/22
18/2 28/21 34/20 34/23
34/25 34/25 35/1 35/7
35/7 35/9 35/9 36/1
41/12 41/17 41/21 49/6
51/14 63/8
**vetted** [1]  35/11
**victim** [28]  3/24 7/7
7/15 7/15 10/20 10/24
10/24 11/4 11/7 11/7
11/9 11/9 11/16 15/2
17/8 19/2 19/3 25/14
26/12 28/8 28/8 32/9
39/2 42/17 47/15 54/12
54/15 54/16
**victim's** [2]  6/2 17/5
**victims** [49]  5/13 5/18
5/22 5/24 6/7 6/17 7/8
7/17 7/21 10/14 10/17
10/20 10/22 14/5 15/5
16/20 16/22 17/2 17/11
17/23 18/1 18/12 18/14
18/24 19/1 19/13 31/9
31/12 34/14 41/19
42/11 42/25 43/1 43/2
43/18 44/16 44/17
44/18 44/21 44/23
47/21 47/22 48/7 49/3
49/8 49/14 52/9 54/11

## V

**victims... [1]** 54/18
**victims' [1]** 42/19
**violate [1]** 12/18
**violated [1]** 60/9
**violating [1]** 41/25
**violation [2]** 12/20
60/11
**violence [1]** 49/20
**violent [1]** 14/16
**virtually [1]** 14/9
**virtue [1]** 11/25
**visit [3]** 20/16 20/17
29/13

## W

**waived [3]** 55/10 55/16
61/24
**waiver [2]** 62/7 62/10
**waivers [1]** 62/5
**waives [1]** 62/3
**wake [1]** 14/20
**want [8]** 4/25 11/18
18/15 26/16 26/25 28/7
33/24 34/6
**wanted [3]** 19/8 25/13
59/18
**warn [2]** 34/8 60/4
**warrants [2]** 12/12
14/24
**was [96]**
**WASSERMAN [2]** 2/7
3/14
**watch [2]** 25/19 51/11
**watching [1]** 38/2
**way [6]** 21/4 26/11
31/20 32/4 35/20 50/8
**ways [1]** 51/13
**we [58]** 5/7 5/17 8/5
8/7 8/23 9/9 11/23
12/14 15/5 15/9 16/7
17/7 17/22 18/1 19/6
20/1 20/10 20/18 20/21
21/21 22/12 22/20
23/19 24/12 24/13
24/18 24/18 24/24
26/11 26/18 26/22
26/22 26/22 26/23
28/17 28/21 28/23
28/25 29/2 29/11 29/11
29/14 32/21 32/22
34/22 35/2 35/6 35/11
35/18 35/19 35/20
35/23 37/8 37/13 37/14
37/20 38/1 38/5
**we'd [1]** 56/8
**We'll [1]** 18/19
**we're [7]** 6/10 9/20
15/21 19/7 25/10 38/2
53/18
**we've [1]** 11/17
**week [3]** 11/5 28/22
28/23
**weeks [1]** 9/3

**weighs [1]** 9/17
**well [15]** 11/20 13/16
25/19 29/1 29/18 30/15
35/5 35/9 36/25 42/17
44/12 49/11 50/16
51/12 61/18
**well-being [1]** 30/15
**went [2]** 22/20 32/20
**were [39]** 6/11 6/11 7/9
11/6 11/6 16/23 16/23
17/2 17/3 19/20 20/9
20/11 20/18 21/11
21/12 21/15 21/20
22/12 26/21 29/13
30/20 30/25 32/22
34/22 34/25 37/5 37/7
38/19 46/19 46/20
47/22 47/23 47/23
47/25 49/11 49/11
52/20 53/9 63/12
**West [1]** 1/22
**WESTERN [1]** 1/3
**what [26]** 5/2 12/3 12/9
13/20 14/1 14/16 22/7
25/17 26/3 26/10 26/10
27/4 27/4 27/6 27/9
28/1 30/16 31/20 35/21
36/5 37/9 37/13 37/16
38/5 40/9 47/16
**what's [2]** 25/16 36/25
**whatever [2]** 28/14
33/24
**when [13]** 19/6 20/13
22/12 24/16 24/18 25/4
25/8 25/18 35/14 36/7
36/25 41/14 51/15
**where [9]** 6/11 7/23
17/1 20/18 26/21 34/20
35/6 35/23 41/1
**wherein [1]** 58/18
**whether [6]** 5/12 5/19
12/6 12/7 28/23 29/9
**which [30]** 7/23 8/18
10/15 12/14 15/21 17/9
19/23 20/2 20/6 20/23
21/16 22/21 23/10
23/24 33/18 36/4 37/12
39/10 41/13 46/2 47/7
48/2 52/12 54/4 54/13
54/13 54/16 56/4 57/24
60/13
**whichever [2]** 3/19
55/3
**while [13]** 7/3 12/6
12/8 12/17 14/8 14/14
28/25 29/13 29/25
30/14 40/25 41/18
42/20
**who [32]** 3/12 6/11 7/8
7/12 9/13 10/24 11/8
11/9 11/13 14/19 14/19
15/2 17/11 18/18 20/8
24/5 25/23 26/14 26/20
32/7 33/6 34/17 34/19

36/13 38/10 43/3 46/20
47/11 47/23 47/23
47/24 49/11
**who's [5]** 9/13 14/18
28/16 28/17 36/14
**who've [2]** 10/20 44/14
**whole [3]** 34/12 58/20
59/6
**why [6]** 27/5 27/6
27/18 35/16 50/4 53/3
**wife [11]** 19/14 22/20
22/25 23/19 25/10
26/19 28/15 28/19 30/2
34/19 37/25
**wife's [1]** 22/23
**will [22]** 9/16 14/3 14/5
18/17 27/4 27/6 27/10
27/19 28/1 29/17 40/15
40/21 41/11 44/18
50/13 51/14 51/16
52/25 52/25 60/7 62/18
62/24
**willful [1]** 45/13
**willfully [2]** 13/1 39/24
**winnings [1]** 59/13
**wise [1]** 50/7
**wishes [1]** 15/3
**within [6]** 22/12 49/9
52/3 57/9 62/14 63/1
**without [6]** 17/16
20/13 42/5 45/24 58/24
60/23
**wives [1]** 28/25
**woman [1]** 36/13
**word [1]** 32/21
**work [3]** 25/24 35/12
36/11
**worked [2]** 33/8 36/24
**working [2]** 28/23 33/9
**world [1]** 31/22
**worry [1]** 18/19
**worse [2]** 9/4 48/6
**worst [1]** 31/11
**worthless [1]** 20/6
**would [47]** 5/6 7/24
10/3 11/11 12/4 13/8
13/17 14/15 16/2 17/13
21/19 22/17 23/15 24/5
24/11 24/17 24/20
26/15 26/15 30/18
30/19 31/4 31/4 32/7
33/6 33/10 34/9 34/17
37/4 37/23 38/10 40/9
45/5 46/7 47/4 52/1
52/3 52/5 52/17 52/20
52/21 52/23 52/23
53/11 53/14 55/24
59/19
**wrought [1]** 14/7
**www.patcuneo.com**
**[1]** 1/25

## Y

**yeah [1]** 36/8

**year [6]** 17/21 20/15
21/13 29/15 45/14 50/3
**years [20]** 7/24 17/21
23/2 23/16 24/20 24/24
25/3 25/11 26/14 26/21
27/17 27/22 28/21 30/4
30/6 33/9 33/13 43/18
56/23 56/24
**years' [1]** 38/23
**Yes [8]** 4/14 4/16 4/22
4/24 5/6 53/13 56/1
62/16
**yet [1]** 40/20
**York [2]** 29/7 29/12
**you [105]**
**you'd [1]** 5/4
**you're [5]** 28/14 36/8
62/17 62/20 63/3
**you've [2]** 14/5 34/22
**young [1]** 26/20
**youngest [1]** 29/4
**your [67]**

## Z

**Z.A [1]** 11/9